IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS MIDLAND-
ODESSA DIVISION

| | | |
|---|---|---|
| FRANK LONGORIA GARCIA | § § | |
| VS. | § § | CAUSE NO. 7:20-CV-00295 |
| ECTOR COUNTY SHERIFF MIKE GRIFFIS, ECTOR COUNTY LAW ENFORCEMENT CENTER (JAIL) | § § § § | |

**APPENDIX TO DEFENDANTS' SUPPLEMENT IN SUPPORT OF THEIR CONVERTED MOTION FOR SUMMARY JUDGMENT**

Defendants MIKE GRIFFIS AND ECTOR COUNTY, TEXAS (collectively "Defendants") file this Appendix to its Defendants' Supplement of Their Converted Motion for Summary Judgment which contains the following:

| **Exhibit** | **Description** | **Pages** |
|---|---|---|
| 1 | Affidavit of Lt. James McKinney | 001-003 |
| 1-A | True and Correct Copy of Plaintiff's Booking Records | 004-017 |
| 1-B | True and Correct Copy of Plaintiff's Inmate Requests and Grievance Record | 018-056 |
| 1-C | True and Correct Copy of Plaintiff's Medical Records | 057-092 |
| 1-D | Information Sheet of Fingertip "No Shank" Toothbrush | 093-094 |