# Party Data Sheet
## GARCIA, FRANK LONGORIA

Aliases: GARCIA, FRANK; GARCIA, FRANK L; GARCIA, FRANK L.; GARCIA, FRANK LAGORIA; GARCIA, FRANK LONGORIA; LAGORIA, FRANK; LAGORIA, FRANK; LONGORIA, FRANK



### PERSONAL INFORMATION

**Current Address:**
1335 E. 6TH
ODESSA, TX 79764-0000

Home: 915-352-0138
Cell:
Work: 000-000-0000
Fax:
Current E-mail Address(es):

Previous Address:
ODESSA, TX 00000

Previous Address:

| Field | Value |
|---|---|
| Race: | Unavailable |
| Ethnicity: | Hispanic |
| Gender: | Male |
| Height: | 5'09" |
| Weight: | 270 |
| Place of Birth: | SAN ANGELO, TX |
| Complexion: | Medium |
| Build: | Large |
| Hair: | Black |
| Eyes: | Brown |
| Marital Status: | Single |
| Dependants: | 2 |
| Highest Grade: | 11 |
| Highest Degree: | Graduate Equivale |

| Field | Value |
|---|---|
| Person ID: | 92030 / 947513 / 1090268 / 1090269 |
| SO# | 75823 |
| DOB: | 1977 |
| DL: | TX ...058 |
| SSN: | ...5261 |
| State ID: | TX ...364 |
| FBI: | 199947EB9 |
| Other Agency #: | 32364 M (APO) |

### SCARS, MARKS AND TATTOOS

SCAR(S) ON EYEBROW, RIGHT/RIGHT EYE AREA

SCAR(S) ON EYEBROW, RIGHT/RIGHT EYE AREA

TATTOO ON CHEST

TATTOO ON CHEST

TATTOO ON ARM, LEFT UPPER

TATTOO ON ARM, LEFT UPPER

### PHYSICAL DESCRIPTORS

*No Physical Descriptors*

# Party Data Sheet
## GARCIA, FRANK LONGORIA

Aliases: GARCIA, FRANK; GARCIA, FRANK L; GARCIA, FRANK L.; GARCIA, FRANK LAGORIA; GARCIA, FRANK LONGORIA; LAGORIA, FRANK; LAGORIA, FRANK; LONGORIA, FRANK

### FINGERPRINT INFORMATION
- NCIC: DOPO15CO142014141605
- AFIS: WWRWRLLLLL
- Henry:
  - Key: 15
  - Major Division: O/L
  - Primary: 25/17
  - Secondary: W/u
  - Subsecondary: OOO/OOO
  - Final: 14

### EMPLOYMENT INFORMATION

**Primary Known Employment:**
J and G Underground
Occupation: Operator
Status: Full Time
Start: 05/22/2019

**Current Known Employment:**
Occupation: SELF EMPLOYED CONSTRUCTION
Status: Unemployed
Start: 08/30/2018

**Current Known Employment:**
ENERGY FAB
3750 ANDREWS HWY
ODESSA, TX 79762
Phone: 000-362-8665
Occupation: WELDER
Status: 1
Start: 03/02/2014

**Current Known Employment:**
SNELLING
UNK
ODESSA, TX 79762
Phone: 000-362-8665
Occupation: LABORER
Status: Conversion
Start: 03/11/2002

### VEHICLES

| Plate | Vehicle |
|---|---|
| - | 2013 Black Ford MUSTANG |
| TX- | 1994 Pickup Red Dodge |
| TX | 81 Maroon Cadillac 2DR  color(MAROON) plate(B67DNR) model(2DR) make(CA  |
| TX | 1981 Maroon Cadillac 2DR |
| TX- | 1996 Pickup Blue Ford F150 |
| TX | 81 Brown Ford PU  color(BRN) plate(PL5671) model(PU) make(FORD) pl. |

### ASSOCIATES

| Relation | Name |
|---|---|
| Cousin | DOMINGUEZ, ARTURO |
| Associate | FRANCO, RUDY |
| Aunt | MEDINA, JUANITA |

005

# Party Data Sheet
## GARCIA, FRANK LONGORIA

Aliases: GARCIA, FRANK; GARCIA, FRANK L; GARCIA, FRANK L.; GARCIA, FRANK LAGORIA; GARCIA, FRANK LONGORIA; LAGORIA, FRANK; LAGORIA, FRANK; LONGORIA, FRANK

### VEHICLES

| | | |
|---|---|---|
| TX- | 1981 Brown Ford PU | |
| TX- | 82 Brown Cadillac DE VILLE | |
| | color(TAN) plate(WCH35H) model(DE VILLE) make(C, | |
| TX- | 1982 Tan Cadillac DE VILLE | |

### WARRANTS

| Warrant # | Warrant Type | Issued | Current Status | Current Status Date | Administrative Owner |
|---|---|---|---|---|---|
| 99-3677 | Capias - Pro Fine | 11/17/1999 | Recalled | 11/18/1999 | County Clerk |
| | (54990013) DRIVING WHILE LIC SUSPENDED/INVA | | | Class A Misdemeanor | |
| 00-5263 | Capias - Pro Fine | 07/31/2001 | Cleared by Arrest | 08/01/2001 | County Clerk |
| | (54990013) DRIVING WHILE LIC SUSPENDED/INVA | | | Class A Misdemeanor | |
| 18-3192-CCL2 | Failure to Appear | 07/27/2018 | Arrested | 09/05/2018 | County Court at Law #2 |
| | (54990067) DRIVING W/LIC INV W/PREV CONV/SUS | | | Class B Misdemeanor | |
| 12037-4-GOB | Going off Bond | 07/18/2014 | Cleared by Arrest | 07/18/2014 | Sheriffs Office |
| | (20990001) ARSON | | | Second Degree Felony | |
| C-43,663 | Capias | 07/16/2014 | Cleared by Arrest | 07/16/2014 | District Clerk |
| | (54040011) DRIVING WHILE INTOXICATED 3RD OR | | | Third Degree Felony | |
| L-16582 | Capias | 06/25/2001 | Closed | 06/26/2001 | JP1 |
| | (22.01(a)(2)) ASSAULT (FAMILY VIOLENCE) | | | Class C Misdemeanor | |
| 97-135 | Capias | 05/28/1997 | Cleared by Arrest | 05/28/1997 | County Clerk |
| | (MRP) MOTION TO REVOKE PROBATION | | | Not Applicable | |
| 99-1174 | Capias - Pro Fine | 05/14/1999 | Cleared by Arrest | 05/14/1999 | County Clerk |
| | (54050008) DRIVING WHILE LIC SUSPENDED/SR | | | Misdemeanor Unassigned | |
| 5521 | Warrant | 04/30/1997 | Cleared by Arrest | 05/15/1997 | Sheriffs Office |
| | (29990004) CRIMINAL MISCHIEF | | | State Jail Felony | |
| 19-1494-CCL - | Failure to Appear | 04/24/2019 | Arrested | 05/28/2019 | County Court at Law |
| | (54990067) DWLI(B) | | | Class B Misdemeanor | |
| 97-80 | Capias - Pro Fine | 02/24/1997 | Cleared by Arrest | 04/11/1997 | County Clerk |
| | (48010004) FLEEING POLICE OFFICER | | | Class B Misdemeanor | |
| 5521 | Warrant | 01/09/1997 | Cleared by Arrest | 01/10/1997 | Sheriffs Office |
| | (29990004) CRIMINAL MISCHIEF | | | State Jail Felony | |

### JAILINGS

# Party Data Sheet
## GARCIA, FRANK LONGORIA

Aliases: GARCIA, FRANK; GARCIA, FRANK L; GARCIA, FRANK L.; GARCIA, FRANK LAGORIA; GARCIA, FRANK LONGORIA; LAGORIA, FRANK; LAGORIA, FRANK; LONGORIA, FRANK

| Booking # | Booked | Charges | Hold Reason | Disposition | Released |
|---|---|---|---|---|---|
| 443858 | 06/25/2019 | (13150005) AGG ASSAULT W/DEADLY WE<br>(13150005) AGG ASSAULT W/DEADLY WE | Warrantless/On-View<br>Warrantless/On-View | | |
| 442970 | 05/22/2019 | (54990067) DWLI (FTA)(B) | Commitment/Sentence | Laid Out Time | 05/26/2019 |
| 441008 | 03/08/2019 | (54990067) DWLI(B) | Warrantless/On-View | Personal Recognizanc | 03/08/2019 |
| 435863 | 08/30/2018 | (54990010) OPERATE MOTOR VEH W/O F<br>(54990067) DRIVING W/LIC INV W/PREV C<br>(54990067) DWLI W/PREV CONV/SUSP/W | Commitment/Sentence<br>Commitment/Sentence<br>Commitment/Sentence | Laid Out Time<br>Laid Out Time<br>Laid Out Time | 09/14/2018 |
| 391748 | 07/17/2014 | (20990001) ARSON(GOB)(F2)<br>(54040011) DWI(GOB)(F3) | Local Warrant<br>Local Warrant | See Comments<br>See Comments | 07/24/2015 |
| 390148 | 05/19/2014 | (20990001) ARSON(F2) | Warrantless/On-View | See Comments | 05/19/2014 |
| 387959 | 03/02/2014 | (54040011) DWI 3RD OR MORE(F3) | Warrantless/On-View | See Comments | 03/03/2014 |
| 248016 | 03/11/2002 | (38990001) VIOL OF PROTECTIVE ORDEF<br>(38990001) VIOL PROTECTIVE ORDER (A | Warrantless/On-View<br>Warrantless/On-View | See Comments<br>See Comments | 03/11/2002 |
| 237898 | 12/15/2001 | (41990018) PUBLIC INTOXICATION (C) | Local Warrant | See Comments | 12/15/2001 |
| 197388 | 05/30/2001 | (22990002) BURGLARY OF HABITATION (<br>(22.01(a)(2)) ASSAULT FAMILY VIOLENCE<br>(54050008) DRIVING WHILE LICENSE SUS<br>(54990013) DWLS (A) (CPF) | Local Warrant<br>Local Warrant<br>Local Warrant<br>Other Agency Hold | See Comments<br>See Comments<br>See Comments<br>See Comments | 10/11/2001 |
| 176666 | 12/27/2000 | (ASSAULT) ASSAULT FV (C) | Warrantless/On-View | See Comments | 12/28/2000 |
| 167298 | 11/08/2000 | (22.01(a)(2)) ASSAULT BY THREAT FV (C)<br>(54990013) DWLS (A) | Warrantless/On-View<br>Local Warrant | See Comments<br>See Comments | 11/09/2000 |
| 137912 | 08/25/1999 | (FMFR) FAIL TO MAINTAIN FIN. RESP. (C<br>(SP) SPEEDING (C)<br>(54050008) DRIVING WHILE LIC SUSP. (B | Warrantless/On-View<br>Warrantless/On-View<br>Warrantless/On-View | See Comments<br>See Comments<br>See Comments | 08/25/1999 |
| 131291 | 04/23/1999 | (54040010) DWI (A)<br>(54050008) DWLS (B)<br>(54050008) DWLS (CPF) | Warrantless/On-View<br>Warrantless/On-View<br>Local Warrant | See Comments<br>See Comments<br>See Comments | 06/14/1999 |
| 128498 | 03/04/1999 | (54050008) DWLS (B) | Warrantless/On-View | See Comments | 03/04/1999 |
| 83294 | 05/15/1997 | (29990004) GOB (CRIM MISCH)<br>(54040010) MTRP/DWI<br>(54040010) PROB VIOL (DWI) | Local Warrant<br>Local Warrant<br>Other Agency Hold | See Comments<br>See Comments<br>See Comments | 08/05/1997 |
| 82273 | 04/11/1997 | (48010004) CPF (FLEEING)/OPD ARR 12-? | Other Agency Hold | See Comments | 04/21/1997 |
| 79510 | 01/10/1997 | (29990004) CRIM MISCH (SJF)<br>(42.08) (CPF) PUBLIC INTOXICATION | Local Warrant<br>Local Warrant | See Comments<br>See Comments | 01/14/1997 |
| 78473 | 12/04/1996 | (48010009) EVADING/ VEHICLE (A)<br>(DWI) DWI B | Local Warrant<br>Local Warrant | See Comments<br>See Comments | 12/04/1996 |
| 78228 | 11/23/1996 | (42.08) PI/C | Local Warrant | See Comments | 11/23/1996 |

## BONDS

| Bond # | Bond Type | Charges | Posted | Bond Amt | Bond Company |
|---|---|---|---|---|---|
| JPCR1455551 | Surety Bond | (1A006) SPEEDING - 67 MPH/55 MPH | 12/30/1999 | 200.00 | |
| 55658 | Surety Bond | (DWI) DWI B | 12/04/1996 | 500.00 | RAPIDO BONDING SERV |
| 55646 | Surety Bond | (48010009) EVADING/ VEHICLE (A) | 12/04/1996 | 1,000.00 | RAPIDO BONDING SERV |

# Party Data Sheet
## GARCIA, FRANK LONGORIA

Aliases: GARCIA, FRANK; GARCIA, FRANK L; GARCIA, FRANK L.; GARCIA, FRANK LAGORIA; GARCIA, FRANK LONGORIA; LAGORIA, FRANK; LAGORIA, FRANK; LONGORIA, FRANK

### BONDS

| Bond # | Bond Type | Charges | Posted | Bond Amt | Bond Company |
|---|---|---|---|---|---|
| 16294 | Surety Bond | (54990013) DWLS (A) | 11/15/2000 | 1,000.00 | ASA BONDING |
| 207174 | Surety Bond | (54990013) DRIVING WHILE LICENSE SUS | 11/09/2000 | 1,000.00 | ASA BONDING |
| 219963 | Personal Recog | (22990002) BURGLARY OF HABITATION | 10/19/2001 | .00 | |
| 220020 | Personal Recog | (22990003) BURGLARY OF A HABITATION | 10/15/2001 | 25,000.00 | |
| JPCR1455571 | Surety Bond | (2D001) NO LIABILITY INSURANCE | 09/08/1999 | 200.00 | |
| 8576 | Surety Bond | (54050008) DRIVING WHILE LIC SUSP. (B | 08/27/1999 | 500.00 | WILL'S BONDING |
| 8573 | Surety Bond | (SP) SPEEDING (C) | 08/25/1999 | 200.00 | WILL'S BONDING |
| 8572 | Surety Bond | (FMFR) FAIL TO MAINTAIN FIN. RESP. (C | 08/25/1999 | 200.00 | WILL'S BONDING |
| 62630 | Surety Bond | (29990004) GOB (CRIM MISCH) | 08/01/1997 | 1,500.00 | WILL'S BONDING |
| 561188 | Surety Bond | (54040011) DRIVING WHILE INTOXICATEI | 07/16/2014 | 15,000.00 | JAIL |
| 586897 | Surety Bond | (20990001) ARSON(F2) | 06/17/2015 | .00 | |
| 586898 | Surety Bond | (54040011) DRIVING WHILE INTOXICATEI | 06/17/2015 | .00 | |
| 560767 | Surety Bond | (20990001) ARSON(GOB)(F2) | 06/17/2015 | .00 | |
| 210945 | Personal Recog | (22990002) BURGLARY OF HABITATION ( | 05/31/2001 | 25,000.00 | |
| 556750 | Surety Bond | (20990001) ARSON(F2) | 05/19/2014 | 20,000.00 | ASA BONDING |
| 555459 | Surety Bond | (54040011) DRIVING WHILE INTOXICATEI | 04/28/2014 | 15,000.00 | ASA BONDING |
| 551148 | Surety Bond | (54040011) DWI 3RD OR MORE(F3) | 04/28/2014 | 15,000.00 | ASA BONDING |
| 24413 | Surety Bond | (38990001) VIOL PROTECTIVE ORDER (A | 03/12/2002 | 1,000.00 | ASA BONDING |
| 231358 | Surety Bond | (38990001) VIOL PROTECTIVE ORDER (A | 03/11/2002 | 1,000.00 | ASA BONDING |
| | Personal Recog | (54990067) DWLI(B) | 03/08/2019 | 500.00 | |
| 5906 | Surety Bond | (54050008) DWLS (B) | 03/05/1999 | 500.00 | ASA BONDING |
| 58089 | Surety Bond | (29990004) CRIM MISCH (SJF) | 01/15/1997 | 1,500.00 | AMIGO'S BONDING |
| 212231 | Surety Bond | (54050008) DRIVING WHILE LICENSE SUS | 01/01/1900 | .00 | |

### INCIDENTS

| Call # | Case # | Agency | Date | Type | Offenses | Party Connection |
|---|---|---|---|---|---|---|
| 104266 | 101402 | SO | 05/30/2001 | Complaint | (22990003) BURGLARY HABITATIC | Suspect |
| 335153 | 166622 | SO | 10/08/2013 | Complaint | | Victim |
| 351759 | 170467 | SO | 05/18/2014 | Complaint | (20990001) ARSON | Suspect |
| 96671 | 99206 | SO | 11/08/2000 | Complaint | (2201C) ASSLT-THREAT INJURY | Suspect |
| 96674 | 99207 | SO | 11/08/2000 | Complaint | (54990012) DRIVING WHILE LIC S | Suspect |
| 98337 | 99645 | SO | 12/26/2000 | Complaint | (22.01(a)(2)) ASSAULT (FAMILY VI( | Suspect |

008

# Party Data Sheet
# GARCIA, FRANK LONGORIA

Aliases: GARCIA, FRANK; GARCIA, FRANK L; GARCIA, FRANK L.; GARCIA, FRANK LAGORIA; GARCIA, FRANK LONGORIA; LAGORIA, FRANK; LAGORIA, FRANK; LONGORIA, FRANK

## CITATIONS

| Citation # | Case # | Agency | Date | Offenses | Disposition |
|---|---|---|---|---|---|
| A755975 | L-6607 | DPS | 08/25/1999 | (1A006) SPEEDING - 67 MPH/55 MPH | Paid Fine |
| A755975 | L-6607-A | DPS | 08/25/1999 | (2D001) NO LIABILITY INSURANCE | |
| M358757 | T07-5431 | DPS | 10/20/2007 | (1A006) SPEEDING - 89 MPH/65 MPH | Guilty |
| M358757 | T07-5432 | DPS | 10/20/2007 | (42081) OPEN CONTAINER | Guilty |
| TX56HA0UFF | 18-73348-4 | DPS | 05/19/2018 | (DWLI) DRIVING WHILE LICENSE INVALID | |
| TX5DQA0TIF | 19-9184-K | DPS | 02/04/2019 | (DWLI) DRIVING WHILE LICENSE INVALID (2B001) OPERATE UNREGISTERED MOTOR VEHICLE, TR | |

## CASES

| Case # | Type | Filed | Court | Charges | Party Connection |
|---|---|---|---|---|---|
| 00-5263 | Adult Misd | 11/29/2000 | County Court at La | (54990013) DRIVING WHILE LIC SUSPENDED/INVA | Defendant |
| 02-1126 | Adult Misd | 03/26/2002 | County Court at La | (38990001) VIOL OF PROTECTIVE ORDER | Defendant |
| 18-3192-CCL2 | Adult Misd | 07/06/2018 | County Court at La | (54990067) DRIVING W/LIC INV W/PREV CONV/SUS | Defendant |
| 18-4095-CCL | Adult Misd | 09/12/2018 | County Court at La | (54990010) OPERATE MOTOR VEH W/O FIN RES(B | Defendant |
| 18-4096-CCL2 | Adult Misd | 09/12/2018 | County Court at La | (54990067) DWLI W/PREV CONV/SUSP/W/O FIN RE | Defendant |
| 18-73348-4 | Traffic | 05/28/2018 | JP4 | (DWLI) DRIVING WHILE LICENSE INVALID | Defendant |
| 19-1494-CCL | Adult Misd | 03/22/2019 | County Court at La | (54990067) DWLI(B) | Defendant |
| 19-9183-K | Traffic | 02/27/2019 | JP3 | (2B001) OPERATE UNREGISTERED MOTOR VEHIC | Defendant |
| 19-9184-K | Traffic | 02/27/2019 | JP3 | (DWLI) DRIVING WHILE LICENSE INVALID | Defendant |
| 58374 | Pre-Indictm | 07/09/1997 | District Clerk | (29990004) CRIM MISCH>=$1,500<$20K | Defendant |
| 97-135 | Adult Misd | 01/14/1997 | County Court at La | (54040009) DRIVING WHILE INTOXICATED | Defendant |
| 97-80 | Adult Misd | 01/09/1997 | County Court at La | (48010004) FLEEING POLICE OFFICER | Defendant |
| 99-1174 | Adult Misd | 03/23/1999 | County Court at La | (54050008) DRIVING WHILE LIC SUSPENDED/SR | Defendant |
| 99-1864 | Adult Misd | 05/13/1999 | County Court at La | (54050008) DRIVING WHILE LIC SUSPENDED/SR | Defendant |
| 99-2249 | Adult Misd | 06/09/1999 | County Court at La | (54040010) DRIVING WHILE INTOXICATED 2ND | Defendant |
| 99-3677 | Adult Misd | 09/16/1999 | County Court at La | (54990013) DRIVING WHILE LIC SUSPENDED/INVA | Defendant |
| A-19-1586-CR | Adult Felor | 09/09/2019 | 70th District Court | (13150005) AGG ASSAULT W/DEADLY WEAPON | Defendant |
| C-43,663 | Adult Felor | 04/28/2014 | 244th District Cour | (54040011) DRIVING WHILE INTOXICATED 3RD OR | Defendant |
| C-43,790 | Adult Felor | 06/17/2015 | 244th District Cour | (20990001) ARSON | Defendant |
| CC2-25,072 | Support Or | 07/07/2016 | 446th District Cour | | Respondent |
| D-29,250 | Adult Felor | 10/15/2001 | 358th District Cour | (22990003) BURGLARY HABITATION INTEND OTHE | Defendant |
| L-16582 | Criminal N | 11/08/2000 | JP1 | (22.01(a)(2)) ASSAULT (FAMILY VIOLENCE) | Defendant |

# Party Data Sheet
# GARCIA, FRANK LONGORIA

Aliases: GARCIA, FRANK; GARCIA, FRANK L; GARCIA, FRANK L.; GARCIA, FRANK LAGORIA; GARCIA, FRANK LONGORIA; LAGORIA, FRANK; LAGORIA, FRANK; LONGORIA, FRANK

## CASES

| Case # | Type | Filed | Court | Charges | Party Connection |
|---|---|---|---|---|---|
| L-17304 | Criminal N | 01/02/2001 | JP1 | (22.01(a)(2)) ASSAULT (FAMILY VIOLENCE) | Defendant |
| L-6607 | Traffic | 08/26/1999 | JP1 | (1A006) SPEEDING - 67 MPH/55 MPH | Defendant |
| L-6607-A | Traffic | 08/26/1999 | JP1 | (2D001) NO LIABILITY INSURANCE | Defendant |
| M-2019-0747 | Pre-Indictn | 07/16/2019 | District Clerk | (13150005) AGG ASSAULT W/DEADLY WEAPON | Defendant |
| T07-5431 | Traffic | 10/29/2007 | JP1 | (1A006) SPEEDING - 89 MPH/65 MPH | Defendant |
| T07-5432 | Traffic | 10/29/2007 | JP1 | (42081) OPEN CONTAINER | Defendant |
| W2435-A | Writ of Hab | 09/12/2001 | 70th District Court | (WRIT) WRIT OF HABEAS CORPUS - WRIT | Defendant |

010

## Identification

| NAME | PID | CELL | BOOKING NUMBER |
|---|---|---|---|
| GARCIA, FRANK LONGORIA 75823 | 92030; 947513; | 2151 GEN POP | 443858 |

**ALIAS NAME(S):** GARCIA, FRANK; GARCIA, FRANK L; GARCIA, FRANK L.; GARCIA, FRANK LAGORIA; GARCIA, FRANK LONGORIA; LAGORIA, FRANK; LAGORIA, FRANK; LONGORIA, FRANK

**FBI:** 199947EB9

| RACE | SEX | ETHNICITY | DATE OF BIRTH | AGE | DL / ID NO. |
|---|---|---|---|---|---|
| UN | MA | HISPANIC | 1977 | 43 | TX-058 |

| HEIGHT | WEIGHT | HAIR | EYES | BUILD | COMPLEXION | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| 5 FT. 9 | 270 | BLACK | BROWN | LARGE | MEDIUM | 5261 |

**SCARS, MARKS, TATTOOS, AMPUTATIONS:** SCAR(S) ON EYEBROW, RIGHT/RIGHT EYE AREA; SCAR(S) ON EYEBROW, RIGHT/RIGHT EYE AREA; TATTOO ON CHEST; TATTOO ON CHEST; TATTOO ON ARM, LEFT UPPER; TATTOO ON ARM, LEFT UPPER

**ADDRESS:** [redacted]
**PHONE:** [redacted]
**PLACE OF BIRTH:** SAN ANGELO, TX UNITED STATES

## Emergency Contact

**EMERGENCY CONTACT NAME:** ALYSSA GARCIA
**RELATIONSHIP:** DAUGHTER

## Arrest

| ARRESTING AGENCY | ARRESTING OFFICER | ARREST DATE | ARREST TIME | ARREST LOCATION |
|---|---|---|---|---|
| ODESSA POLICE DEPARTMENT | S.ALLAFCHIAN | 06/24/2019 | 4:52 PM | 1000 N . GRANT |

| VEHICLE MAKE/MODEL | COLOR | LICENSE NO. | STATE | VEHICLE TOWED BY | VEHICLE STORED AT |
|---|---|---|---|---|---|
| | | | | | |

## Property

| QTY | ITEM DESCRIPTION | LOCATION | BIN/BOX |
|---|---|---|---|
| 1 | MISC PAPERS | PROPERTY | 553 |
| 1 | PICUTERS | PROPERTY | 553 |
| 1 | WALLET | PROPERTY | 553 |
| 1 | BLACK WALLET | PROPERTY | 553 |
| 1 | MARBORO | PROPERTY | 553 |
| 1 | LIGHTER | PROPERTY | 553 |
| 1 | HAT RED SHIRT, BLUE JEANS | PROPERTY | 553 |
| 1 | CELLPHONE | PROPERTY | 553 |
| 1 | WATER BOTTLE | PROPERTY | 553 |
| 1 | $9.00 | PROPERTY | 553 |
| 1 | TEXAS ID | PROPERTY | 553 |

I certify that the above is the correct list of items removed from my possession at the time I was placed in custody.

_____  _____
Inmate Signature          Officer Signature

## CHARGES

| HOLD REASON | WARRANT / REFERENCE NO. | OFFENSE | ISSUING AUTHORITY | BONDING STATUS | BOND AMOUNT | BOND TYPE | FINE | DISP |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| WARRANTLESS/ON-VIEW | COMP | AGG ASSAULT W/DEADLY WEAPON(F2)(GJI) | OPD | Set by Judge | | | |
|---|---|---|---|---|---|---|---|
| WARRANTLESS/ON-VIEW | COMP | AGG ASSAULT W/DEADLY WEAPON(F2) | OPD | Set by Judge | | | |

ALL INMATE PHONE CALLS ARE SUBJECT TO BEING RECORDED AND MONITORED.

I have read and understand the rules and regulations of the Ector County Detention Facility. A list of these rules and regulations is posted in processing and outside each cell block.

_____          _____
Inmate Signature                                                Officer Signature

I am unable to read and the officer has read a copy of the Ector County Detention Facility rules and regulations to me.

_____          _____
Inmate Signature                                                Officer Signature

# ECTOR COUNTY LAW ENFORCEMENT CENTER
## Jail Rules

Inmates shall not be allowed to commit Minor Infractions or Major Infractions of jail rules and/or regulations.

A. A **Minor Infraction** is a violation of rules and regulations which do not represent serious offenses against persons and do not pose a serious threat to institutional order and safety. The following sanctions can be imposed if found guilty of violating a minor infraction: counseling; verbal or written reprimand; loss of privileges or disciplinary separation for a period not to exceed 15 days. The following violations are considered Minor Infractions:

| | |
|---|---|
| Gambling | Defacing Property |
| Unauthorized Contact | Horseplay |
| Unauthorized Equipment Use | Disrespect to Other Inmates |
| Lying To or About Other Inmates | Smoking |
| Inadequate Personal Hygiene | Sexual Activity |
| Possession of Unauthorized Clothing, Linen or Bedding | Obstruction of View |

B. A **Major Infraction** is violations of rules and regulations which constitutes serious offenses against persons or property or pose a serious threat to institutional order and safety. The following sanctions can be imposed if found guilty of violating a Major infraction: loss of good conduct credit; loss of privileges not to exceed 30 days; removal from work details or programs; disciplinary separation not to exceed 30 days and/or restitution for damage to jail property. The following violations are considered as Major Infractions:

| | |
|---|---|
| Acts Classified as Offenses under State Law | Poss. or Man., Distilling or Brewing Alcohol |
| Acts Classified as Offenses under Federal Law | Poss. or Man. of Inhalants |
| Inciting Riotous Behavior | Poss. or Man. of Chemical Agents |
| Fighting | Poss. or Man. of Narcotics/Narcotic Paraphernalia |
| Inciting a Fight | Hoarding Medication |
| Threatening | Feigning Injury or Illness |
| Coercion | Excessive Noise |
| Setting of Fires | Throwing or Propelling Objects or Substances |
| Sexual Abuse | Interference With Court Related Proceedings |
| Sexual Solicitation | Mutilation |
| Nudity | Destruction of Property |
| Indecent Exposure | Possession of Stolen Property |
| Disruption of Any Institutional Activity | Trafficking |
| Violation of Feeding Procedures | Impeding Inmate Headcounts |
| Violation of Mail Procedures | Impeding the Security of Housing Units |
| Violation of Visitation Procedures | Falsely Reporting an Emergency |
| Violation of Program Procedures | Bribery |
| Violation of Recreation Procedures | Recklessness |
| Violation of Commissary Procedures | Tampering |
| Violation of Work Assignment Procedures | Violation of treatment Program Activities |
| Possession of Tattoo Paraphernalia | Person |

<u>Possession of Altered Items</u>             <u>Refusal to Follow Written or Oral Directives</u>
<u>Possession or Manufacture of Weapons</u>      <u>Disrespect to Staff</u>
<u>Possession or Manufacture of Escape Devices</u>    <u>Possession of Tobacco or Smoking Paraphernalia</u>

## Jail Regulations

1. No prisoner will approach the door when open unless instructed to do so by a Detention Officer.
2. Pictures shall not be hung or attached to the walls or furnishings. Windows and vents and bunks shall remain clear of obstructions.
3. Inmates shall be fully clothed during the following: Feeding, passing of medications, and passing of commissary.
4. During the feeding process, only the inmate whose name is called aloud shall come forward to receive a tray. Inmates shall pick up their own tray. You cannot hoard or save any prepared food items for later consumption.
5. Inmates shall have their completed commissary slips ready for pick up, as directed by Detention Center staff, on a specified collection day. Commissary will be delivered to inmates once a week on a specified day.
6. Each inmate shall be allowed two (2) twenty (20) minute visits per week. The week begins on Tuesday and ends on Thursday. Only two (2) visitors 17 years of age or older may visit at the same time. All ages under 17 must be accompanied by an adult 21 years of age or older, who presents a valid id. The visitation schedule is as follows:

    <u>Tuesday, and Thursday</u>

    8:30 AM until 10:15 AM
    2:00 PM until 3:45 PM
    5:00 PM until 6:45 P.M.

7. During recreation periods you will only be allowed to take a cup and 2 library books. Once inside of the recreation area, you will not be allowed to change to the other recreation area.
8. Inmates shall be properly dressed while in the day room. Proper dress shall be defined as wearing jail issued pants and shirt. A tee shirt may be worn instead of a jail issued shirt. The day room shall be defined as any place in a cell or cell block other that the bunk area and the toilet.
9. Cell lights will be turned off and placed in night mode daily at 11:00 PM. At this time the day room shall be vacated. Lights will be turned on at 4:30 am.
10. Tobacco products, rolling papers, matches, or cigarette lighters are not allowed in the facility.
11. Contraband is any item not issued or purchased through the Ector County Detention Center commissary process. Contraband is not allowed in the facility and shall not be possessed by an inmate. This includes but is not limited to tobacco products, drugs, and/or weapons.
12. An inmate causing damage to jail property may have the actual costs incurred deducted, from his or her commissary account, following an institutional due process hearing establishing the inmate's liability.
13. Inmates are allowed to have no more than 3 pr of socks, 3 pr underwear, 3 T-shirts and 1 set of thermal underwear in their possession. (White in color)
14. All inmates shall have their hands behind their back when walking in any hallway of ECDC.
15. During headcounts, all inmates are required to line up against the wall, holding their spoon, cup and towel.
16. Prior to feeding and recreation times, all inmates shall line up against the wall fully dressed.
17. All inmates shall remove their mattress cover from their mattress before leaving cell for recreation.

## Inmate Discipline

Disciplinary action shall be applied uniformly and impartially by the disciplinary officer to all inmates who violate minor and/or major jail rules and regulations. An inmate may waive his/her right to a disciplinary hearing provided proper notification is given prior to the signing of the waiver. The wavier shall include: the appropriate identification of charges; the allowable sanctions; and the sanctions offered by the waiver. A waiver shall not include the loss of good time or restitution for damage to jail property as a sanction.

Inmates involved in disciplinary action have the following rights:
- (a.) A 24 hour written notice prior to a disciplinary hearing of the claimed violation or charges.
- (b) You will be informed of the evidence against you, although confidential informants may be protected.
- (c.) To appear in person and be heard.
- (d.) Call relevant witnesses in their behalf if not unduly hazardous to facility safety and correctional goals.
- (e.) Present pertinent documentary evidence in their defense.
- (f.) If needed provision made for you to receive assistance.

Following the Disciplinary Hearing the Board or officer will provide you with a written statement indicating the evidence relied upon and the reasons for the disciplinary action taken. A copy will be placed in your file. If the decision made by the Disciplinary Officer or the Discipline Board is disputed by the inmate, he or she may appeal to the Chief Deputy. The Chief Deputy's decision shall be final.

## Inmate Grievances

You may file a grievance if your civil rights have been violated, if a criminal act has taken place against you, if you were unjustly denied or restricted from inmate privileges, or if a facility staff member performed a prohibited act.

If you wish to file a grievance, ask a Detention Officer for an Inmate Grievance form. In the grievance state the date, time, names of people involved and pertinent details of the incident, including names of witnesses. The grievance will be promptly and thoroughly investigated. If applicable, corrective action shall be taken. An interim written response shall be given to you within 15 days with a Maximum time limit not to exceed 30 days for resolving grievance.

<u>If you file a false grievance disciplinary action can and will be taken against you.</u>

If the decision made by the Grievance Board is disputed by the inmate, he or she may appeal to the Sheriff or his designee. The Sheriff or his designee's decision is final.

| 75823 | 6/25/19 | 0135 |
|---|---|---|
| SO# | Date | Time |

I acknowledge I have read and understand the jail rules.

_____  
Prisoner's Signature

Amelia Wallace, 1167  
Detention Officer Signature

## Notes regarding jail rules

<u>* Inmates are not allowed to refuse recreation. The cell units have to be vacant in order to perform sanitations and shakedowns in those cells.</u>

1. Inmates are not forced to exercise or recreate.

2. Law Library is not scheduled during recreation periods; Law Library is scheduled during the evening shift on a daily basis.

3. Cell searches are conducted during recreations periods and there are un-announced searches conducted by all shifts at different times. The searches are documented via shakedown reports being submitted on all regular and un-announced searches.

# Ector County Detention Center
## Inmate Waiver of Responsibility

I shall be responsible for any and all damage caused by me to any Ector County Detention Center item. I shall be responsible for any and all charges for the replacement and/or repairs resulting from my actions. I authorize the Ector County Detention Center to deduct from my Inmate trust fund account, the money amount necessary for replacement or repair(s) resulting from my actions.

I understand the following prices shall be charged by the Ector County Detention Center to me as replacement costs for the supplies issued to me. Damaged property shall be confiscated and shall remain as property of Ector County.

| Item | Price |
|---|---|
| Sheet | $6.33 |
| Mattress Cover | $6.17 |
| Blanket | $5.66 |
| Shirt | $8.76 |
| Pants | $8.76 |
| Towel | $1.85 |
| Mattress | $34.98 |
| Plastic Property Bin | $7.50 |
| Plastic Cup | $1.50 |
| Nylon Spoon | $0.50 |
| PVC Sandals | $1.85 pr. |
| W.I. Shoes (If Applicable) | $5.69 pr. |

75823
Inmate SO#

_[signature]_     6/25/19
Inmate's Name     Date

_Amelia Wallace, 1167_     6/25/19
Detention Officer     Date

Inmate Waiver.EnglishSpanishCombo (07-24-14)