# Inmate Request - #6,083,712

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 02/04/2020 9:24 PM |
| Housing Area: | 2151 | Date Received: | 02/04/2020 10:01 PM |
| Assigned To: | Lieutenants | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
COURT OFFICER I WOULD LIKE TO KNOW IF I HAVE ANY COURT DATES ANY TIME SOON THANK YOU IN ADVANCE FRANK GARCIA

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **cpl. I. Galvan** on **02/04/2020** at **11:12 PM**

you have to get court dates from your attorney.

018

# Inmate Grievance - #6,170,197

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 02/19/2020 3:28 PM |
| Housing Area: | 2151 | Date Received: | 02/19/2020 3:45 PM |
| Assigned To: | Cox M. (Sgt.) | Status: | **CLOSED** |
| Result: | None Selected | | |

Request

## INMATE GRIEVANCE

**All grievances should be made known. Each grievance shall be investigated by a Grievance Officer.**

I wish to file a:

[X] COMPLAINT
[ ] GRIEVANCE
On this date: 2-19-2020

My grounds for filing this complaint or grievance are

[X] a violation of my civil rights.
[ ] a criminal act.
[X] unjust denial of privileges.
[ ] a prohibited act by facility staff.

Your complaint or grievance must state the right or privilege allegedly violated, the persons Involved, witnesses, times, dates and any other pertinent details. If a false grievance is filed disciplinary action can and will be taken against you.

Message:
my mattress was taken at a cell search several hours ago and i have yet to receive a replacement..

**Inmate Signature (type full name): frank longoria garcia**

Response by **Cpl. M. Cox** on **02/19/2020** at **5:03 PM**

I'm having a mattress sent to you.

# Inmate Request - #6,170,776

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 02/19/2020 4:42 PM |
| Housing Area: | 2151 | Date Received: | 02/19/2020 4:47 PM |
| Assigned To: | Shift 2 | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
replacement mattress cause mine was taken at a cell search and my grievence is being ignored

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** frank longoria garcia

Response by **SGT. S. Seibold** on **02/20/2020** at **2:28 AM**

Officers will check into this and will get you a mattress if it is warranted.

020

# Inmate Request - #6,320,610

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 03/16/2020 2:20 PM |
| Housing Area: | 2151 | Date Received: | 03/16/2020 2:21 PM |
| Assigned To: | Lieutenants | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
I WAS JUST WONDERING IF I WAS EIGIBLE FOR FREE COMMISSARY SINCE HAVE BEEN HERE FOR ALMOST 8 MONTHS AND HAVE HAD NO DISIPLENARY OR ANY TYPE OF ISSUES WITH ACING UP... THANK YOU IN ADVANCE

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **LT. J. Abalos** on **03/16/2020** at **2:27 PM**

NONE TO GIVE AT THIS TIME

# Inmate Request - #6,374,061

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 03/25/2020 7:55 PM |
| Housing Area: | 2151 | Date Received: | 03/25/2020 7:56 PM |
| Assigned To: | Secretary's | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
how much do i owe the county?

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** frank L garcia

---

Response by **Mrs. B. Spoon** on **03/26/2020** at **8:06 AM**

308.05

# Inmate Grievance - #6,482,994

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 04/19/2020 6:41 AM |
| Housing Area: | 2151 | Date Received: | 04/19/2020 8:04 AM |
| Assigned To: | Grievances | Status: | **CLOSED** |
| Result: | None Selected | | |

Request

## INMATE GRIEVANCE

**All grievances should be made known. Each grievance shall be investigated by a Grievance Officer.**

I wish to file a:

[X] COMPLAINT
[ ] GRIEVANCE
On this date:

My grounds for filing this complaint or grievance are

[ ] a violation of my civil rights.
[ ] a criminal act.
[ ] unjust denial of privileges.
[X] a prohibited act by facility staff.

Your complaint or grievance must state the right or privilege allegedly violated, the persons Involved, witnesses, times, dates and any other pertinent details. If a false grievance is filed disciplinary action can and will be taken against you.

Message:
I'VE BEEN HERE 10 MONTHS AND KNOW OF AT LEAST THREE TIMES FREE COMISSARY HAS BEEN GIVEN OUT.. I HAVE HAD NO DISIPLANARY ISSUES.. SO I JUST WANTED TO KNOW WHY I AM BEING DISCRIMINATED AGAINST??????

**Inmate Signature (type full name): FRANK LONGORIA GARCIA**

Response by **LT. J. Abalos** on **04/19/2020** at **12:12 PM**

NOPE, NOT A PROHIBITED ACT, YOU WERE NOT SELECTED

# Inmate Request - #6,550,603

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 05/05/2020 12:33 PM |
| Housing Area: | 2151 | Date Received: | 05/05/2020 12:33 PM |
| Assigned To: | Notary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
NEED NOTARY PLEASE

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **sgt. T. Knott** on **05/06/2020** at **9:44 AM**

Your paperwork will be notarized shortly

024

# Inmate Request - #6,560,217

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 05/07/2020 12:32 PM |
| Housing Area: | 2151 | Date Received: | 05/07/2020 12:38 PM |
| Assigned To: | Lieutenants | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
NEED NOTARY PLEASE THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **sgt. T. Knott** on **05/07/2020** at **12:39 PM**

Your paperwork will be notarized later today

025

# Inmate Request - #6,618,164

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 05/21/2020 12:08 PM |
| Housing Area: | 2151 | Date Received: | 05/21/2020 12:09 PM |
| Assigned To: | Notary | Status: | **CLOSED** |

Request
---

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
need notary please

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[  ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** frank longoria garcia

Response by **SGT. S. Seibold** on **05/23/2020** at **2:27 AM**
---

I will notarize at approx. 0600. am

026

# Inmate Request - #6,621,537

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 05/22/2020 7:37 AM |
| Housing Area: | 2151 | Date Received: | 05/22/2020 7:45 AM |
| Assigned To: | Notary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
NEED NOTARY ASAP PLEASE THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **SGT. S. Seibold** on **05/23/2020** at **2:31 AM**

You only need to put in one request.

027

# Inmate Request - #6,658,361

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 05/31/2020 10:51 AM |
| Housing Area: | 2151 | Date Received: | 05/31/2020 11:18 AM |
| Assigned To: | Shift 4 | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
ONE OF MY SOCKS WAS LOST LAST NIGHT WHEN PERSONNELS WERE WASHED... I WOULD BE THANKFUL IF IT COULD BE REPLACED.. IT IS THE ONLY PAIR OF SOCKS I HAVE SINCE I'M INDIGENT... THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **sgt. T. Knott** on **05/31/2020** at **8:12 PM**

We are looking for a replacement pair, you will have to give up your one sock when we find a replacement pair.

# Inmate Request - #6,707,709

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 06/11/2020 10:54 AM |
| Housing Area: | 2151 | Date Received: | 06/11/2020 11:04 AM |
| Assigned To: | Notary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
NEED NOTARY PLEASE

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **SGT. S. Seibold** on **06/12/2020** at **2:00 AM**

I will notarize by 6 am

# Inmate Request - #6,722,633

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 06/15/2020 12:27 PM |
| Housing Area: | 2151 | Date Received: | 06/15/2020 12:42 PM |
| Assigned To: | Notary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
SORRY BUT THIS IS MY THIRD TIME ASKING FOR A NOTARY THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **SGT. S. Seibold** on **06/16/2020** at **2:29 AM**

I will notarize by 6 am

030

# Inmate Request - #6,889,763

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 07/22/2020 3:05 PM |
| Housing Area: | 2151 | Date Received: | 07/22/2020 3:17 PM |
| Assigned To: | Shift Sgt's and Cpl's | Status: | **CLOSED** |

### Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
it has almost been 30 days since we have had acsess to a nail clipper i would like to cut my nails thank you

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** frank longoria garcia

### Response by **SGT. S. Seibold** on **07/23/2020** at **1:09 AM**

I will let Sgt. Cox know to let her officers know you want to cut your nails.

031

# Inmate Request - #7,109,652

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 08/31/2020 2:19 PM |
| Housing Area: | 2151 | Date Received: | 08/31/2020 3:38 PM |
| Assigned To: | Shift Sgt's and Cpl's | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
I HAVE NOT HAD A WRISTBAND FOR A WEEK! JUST WANTING TO SEE IF I COULD GET ONE TODAY.. I DID MAKE SURE THE OFFICERS NEW ABOUT IT AT COUNT TIME THIS MORNING.. THANK YOU FOR YOUR TIME..

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **Cpl. J. Berry** on **08/31/2020** at **4:55 PM**

they should have put you down on the list today and should have made you one if not advise them again Tuesday that you never got one.

032

# Inmate Request - #7,128,922

| From: | FRANK GARCIA (75823) | Date Submitted: | 09/03/2020 10:51 AM |
|---|---|---|---|
| Housing Area: | 2151 | Date Received: | 09/03/2020 10:57 AM |
| Assigned To: | Notary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
need notary please

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** frank longoria garcia

Response by **sgt. T. Knott** on **09/03/2020** at **11:17 AM**

Your paperwork will be notarized shortly

# Inmate Request - #7,231,972

| From: | FRANK GARCIA (75823) | Date Submitted: | 09/20/2020 6:47 PM |
|-------|----------------------|-----------------|---------------------|
| Housing Area: | 2151 | Date Received: | 09/20/2020 6:50 PM |
| Assigned To: | Behavioral Health | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
ATT: Kelly i would like to aply for the county asistance program..

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** Frank Garcia

Response by **Ms. A. Coombs** on **09/21/2020** at **8:13 AM**

Mr. Garcia,
When the nurses come around for medication distribution request an application for county assistance, they will provide one for you. When you have completed your application, return the form to medical staff, they will submit your application to the County program.

Thank you,
Ariana Coombs QMHP
PermiaCare Continuity of Care Case Manager

034

# Inmate Request - #7,236,353

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 09/21/2020 12:50 PM |
| Housing Area: | 2151 | Date Received: | 09/21/2020 12:54 PM |
| Assigned To: | Shift Sgt's and Cpl's | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
OUR REMOTE NEEDS NEW BATTERIES PLASE AND THANK YOU..

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **Sgt. T. Warner** on **09/22/2020** at **9:11 PM**

ask the officers

# Inmate Request - #7,288,505

| From: | FRANK GARCIA (75823) | Date Submitted: | 09/29/2020 1:04 PM |
| Housing Area: | 2151 | Date Received: | 09/29/2020 1:10 PM |
| Assigned To: | Commissary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
I WOULD LIKE TO REQUEST LEGAL INDIGENT THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **mrs. C. Velasquez** on **09/29/2020** at **1:23 PM**

YOUR NAME HAS BEEN ADDED TO THE LIST

036

# Inmate Request - #7,316,506

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 10/03/2020 5:40 PM |
| Housing Area: | 2151 | Date Received: | 10/03/2020 10:39 PM |
| Assigned To: | Lieutenants | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
I AM IN NEED OF COURT ROOM NUMBER AND ADRESS FOR THE HONARABLE JUDGE SPIVEY... THANK YOU.

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **Sgt. T. Warner** on **10/03/2020** at **10:40 PM**

300 N Grant Ave # 208, Odessa, TX 79761

# Inmate Request - #7,324,145

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 10/05/2020 11:02 AM |
| Housing Area: | 2151 | Date Received: | 10/05/2020 11:33 AM |
| Assigned To: | Commissary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
LEGAL INDIGENT PLEASE THANKS

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **mrs. C. Velasquez** on **10/05/2020** at **12:54 PM**

YOUR NAME HAS BEEN ADDED TO THE LIST

# Inmate Request - #7,394,762

From:       FRANK GARCIA (75823)       Date Submitted:       10/15/2020 5:29 PM

Housing Area:       2151       Date Received:       10/16/2020 6:27 AM

Assigned To:       Lieutenants       Status:       **CLOSED**

Request
_____

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
I WOULD LIKE TO KNOW WHAT CHARGES I AM BEING HELD ON. THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA


Response by **Lt. S. Seibold** on **10/16/2020** at **6:29 AM**
_____

2 counts of AGGRAVATED ASSAULT W/ A DEADLY WEAPON

# Inmate Request - #7,415,492

| From: | FRANK GARCIA (75823) | Date Submitted: | 10/19/2020 1:07 PM |
|---|---|---|---|
| Housing Area: | 2151 | Date Received: | 10/19/2020 1:07 PM |
| Assigned To: | Commissary | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
I AM IN NEED OF LEGAL INDIGENT THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **mrs. C. Velasquez** on **10/19/2020** at **1:40 PM**

YOUR NAME HAS BEEN ADDED TO THE LSIT

# Inmate Request - #7,439,526

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 10/22/2020 2:15 PM |
| Housing Area: | 2151 | Date Received: | 10/22/2020 2:21 PM |
| Assigned To: | Commissary | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
wanting to ask why i did not recieve my indigent legal thanks

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** frank longoria garcia

## Response by **mrs. C. Velasquez** on **10/26/2020** at **12:00 PM**

I will look in to this matter

041

# Inmate Request - #7,446,373

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 10/23/2020 1:00 PM |
| Housing Area: | 2151 | Date Received: | 10/23/2020 1:01 PM |
| Assigned To: | Municipal Court | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
I NEED TO KNOW THE SEPERATE CAUSE NUMBERS OR CHARGE NUMBERS ON WHT I AM BEING HELD ON THANKS

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **court officer. K. Demorrow** on **10/25/2020** at **7:48 AM**

A-19-1586-cr Assault fv (gji)(f2)

assault fv (f2) no case number assigned yet

042

# Inmate Request - #7,462,072

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 10/26/2020 1:01 PM |
| Housing Area: | 2151 | Date Received: | 10/26/2020 1:04 PM |
| Assigned To: | Commissary | Status: | **CLOSED** |

### Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
PLEASE PUT ME ON THE LIST FOR LEGAL INDIGENT.. THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **mrs. C. Velasquez** on **10/26/2020** at **1:12 PM**

YOUR NAME HAS BEEN ADDED TO THE LIST

# Inmate Request - #7,478,744

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 10/28/2020 2:15 PM |
| Housing Area: | 2151 | Date Received: | 10/28/2020 2:26 PM |
| Assigned To: | Commissary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
THIS THE SECOND WEEK YOU MISS ME WITH MY LEGAL INDIGENT.. YOU KEEP LOOKING FOR ME IN THE WRONG CELL I AM IN 2151.. I REALLY NEED THOSE ENVELOPES TO MAIL OUT LEGAL PAPER WORK OUT.. THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **mrs. C. Velasquez** on **10/28/2020** at **2:31 PM**

I WILL BRING TODAY

044

# Inmate Request - #7,551,576

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 11/08/2020 10:39 PM |
| Housing Area: | 2151 | Date Received: | 11/08/2020 10:40 PM |
| Assigned To: | Commissary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
need legal indigent please thank you

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** frank longoria garcia

Response by **mrs. C. Velasquez** on **11/09/2020** at **7:23 AM**

YOU HAVE BEEN ADDED TO THE LIST

# Inmate Request - #7,561,760

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 11/10/2020 11:23 AM |
| Housing Area: | 2151 | Date Received: | 11/10/2020 11:31 AM |
| Assigned To: | Shift Sgt's and Cpl's | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
NEED TOILET CHECKED. IT WILL NOT FLUSH AFTER THEY CAME AND WORKED ON THE HOT WATER.. PLEASE HAVE IT CHECKED OR FIXED ASAP.. THIS IS A HEALTH AND SANITARY PROBLEM

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRNK GARCIA

Response by **Cpl. J. Berry** on **11/10/2020** at **12:45 PM**

if they work on the water it does mess with the flow of the toilet it will build up once they are done working on it.

046

# Inmate Request - #7,562,681

| From: | FRANK GARCIA (75823) | Date Submitted: | 11/10/2020 12:59 PM |
|---|---|---|---|
| Housing Area: | 2151 | Date Received: | 11/10/2020 1:00 PM |
| Assigned To: | Shift Sgt's and Cpl's | Status: | **CLOSED** |

### Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
OUR TOILET IS STILL NOT WORKING AND IS THE ONLYONE NOT WORKING THE SHOWER AND SINK ARE WORKING FINE AND ALL OTHER CELLS ARE WORKING.. IT'S BEEN OF FOR A COUPLE OF HORS NOW AND WE HAVE HAD LUNCH SINCE THEN AND SOME OF US NEED TO USE THE RESTROOM.. ANYTHING THAT CAN BE DONE QUICKLEY WOULD BE GREATLY APPRCIATED.. THANK YOU.

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[  ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK GARCIA

Response by **Sgt. T. Warner** on **11/11/2020** at **12:25 AM**

y'all were relocated

# Inmate Request - #7,580,101

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 11/12/2020 7:58 PM |
| Housing Area: | 6002 | Date Received: | 11/13/2020 6:39 AM |
| Assigned To: | Lieutenants | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
WONDERING IF THE TOILET IN 2151 WAS FIXED AND IF SO WHEN ARE WE BEING RELOCATED BACK AS PROMISED

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK GARCIA

## Response by **Lt. S. Seibold** on **11/13/2020** at **6:42 AM**

The shift is checking to see if it has been fixed. If it hasn't been then you will not be moved back yet.

# Inmate Request - #7,599,692

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 11/16/2020 12:33 PM |
| Housing Area: | 2151 | Date Received: | 11/16/2020 12:45 PM |
| Assigned To: | Commissary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
legal indegent please.. thank you

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** frank garcia

Response by **mrs. C. Velasquez** on **11/17/2020** at **10:00 AM**

YOUR NAME HAS BEEN ADDED TO THE LIST

# Inmate Request - #7,654,010

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 11/24/2020 12:41 PM |
| Housing Area: | 2151 | Date Received: | 11/24/2020 12:44 PM |
| Assigned To: | Notary | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
NEED NOTARY PLEASE.. THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **Sgt. I. Galvan** on **11/25/2020** at **11:23 PM**

Notarized

050

# Inmate Request - #7,680,832

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 11/29/2020 1:48 PM |
| Housing Area: | 2151 | Date Received: | 11/30/2020 6:44 AM |
| Assigned To: | Shift 1 | Status: | **CLOSED** |

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
MAY WE PLEASE USE THE NAIL CLIPPERS

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK GARCIA

Response by **CPL D. SIMS** on **11/30/2020** at **7:30 AM**

You can use the nail clippers on your assigned rec days.

051

# Inmate Request - #7,781,347

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 12/14/2020 12:41 PM |
| Housing Area: | 2151 | Date Received: | 12/14/2020 12:44 PM |
| Assigned To: | Shift Sgt's and Cpl's | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
OUR SHOWER CURTAIN DOES NOT HAVE BUTTONS IN ORDER TO HANG IT UP SO WE CAN SHOWER.. MAY WE PLEASE HAVE A REPLACEMENT? THANK YOU..

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK GARCIA

## Response by **Sgt. T. Warner** on **12/16/2020** at **7:49 AM**

ask the officers

052

# Inmate Request - #7,782,069

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 12/14/2020 1:45 PM |
| Housing Area: | 2151 | Date Received: | 12/14/2020 1:46 PM |
| Assigned To: | Behavioral Health | Status: | **CLOSED** |

## Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
DO I NEED TO FILL OUT A MEDICAL REQUEST OR DO I JUST SEND A REQUEST IF A REQUEST IS ONLY NEEDED MY I PLEASE HAVE AN APPOINTMENT SET TO SEE M.H.M.R THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

## Response by **MHMR. K. Andrade** on **12/15/2020** at **11:15 AM**

Good morning Mr. Garcia
In order to request mental health services through our Behavioral Health Program, you will need to put in a sick call to medical to request a screening. On the sick call, please explain the reason for your request and what services you are requesting. You may pick up a sick call from one of the nurses during med pass. Also, please let me know if you have ever received mental health treatment, have a current diagnosis, and/or medications, including where and when. This information will help us get a head start. Thank you for your patience and understanding.
Kelley Andrade, QMHP
Behavioral Health Program

# Inmate Request - #7,789,375

From:      FRANK GARCIA (75823)      Date Submitted:    12/15/2020 12:48 PM
Housing Area:    2151      Date Received:    12/15/2020 12:57 PM
Assigned To:    Commissary      Status:    **CLOSED**

Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
NEED LEGAL INDIGENT PLESE THANK YOU

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK LONGORIA GARCIA

Response by **mrs. C. Velasquez** on **12/15/2020** at **1:13 PM**

YOUR NAME HAS BEEN ADDED TO THE LIST

054

# Inmate Request - #7,909,589

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 01/02/2021 12:04 PM |
| Housing Area: | 2151 | Date Received: | 01/02/2021 12:47 PM |
| Assigned To: | Lieutenants | Status: | **CLOSED** |

### Request

**Inmate Communication**

Your attorney will inform you of your court date.

Courts officers do not schedule court dates nor set up plea deals. This is done by attorney or courts.

Use this form for any communication with Jail Administration or Staff. This form can be used to request an attorney. This is not a grievance form.

**Enter your message:**
MY MATTRESS WAS TAKEN.. I NEED ONE.. I WOULD LIKE TO KNOW WHY IT WAS TAKEN.. THIS IS BULL SHIT LAST WEEK I GUESS THEY FIGURED THERE WAS SOMETHING IN IT AND RIPPED IT .. MY MATRESS WAS NOT RIPPED TO BEGIN WITH ..

REQUESTING A COURT APPOINTED ATTORNEY, PLEASE FILL OUT THIS SECTION ONLY. THIS WILL HELP EXPIDITE THE PROCESS. PLEASE FORWARD THIS SECTION TO COURT OFFICERS

[ ] I am requesting the forms to request a court appointed attorney

**Inmate Signature (type full name):** FRANK GARCIA

### Response by **Lt. V. Durham** on **01/04/2021** at **10:41 AM**

Have you been given a mattress?

055

# Inmate Grievance - #7,909,753

| | | | |
|---|---|---|---|
| From: | FRANK GARCIA (75823) | Date Submitted: | 01/02/2021 12:33 PM |
| Housing Area: | 2151 | Date Received: | 01/02/2021 12:49 PM |
| Assigned To: | Grievances | Status: | **CLOSED** |
| Result: | None Selected | | |

Request

## INMATE GRIEVANCE

**All grievances should be made known. Each grievance shall be investigated by a Grievance Officer.**

I wish to file a:

[ ] COMPLAINT
[X] GRIEVANCE
On this date: 01\2\2021

My grounds for filing this complaint or grievance are

[X] a violation of my civil rights.
[ ] a criminal act.
[ ] unjust denial of privileges.
[ ] a prohibited act by facility staff.

Your complaint or grievance must state the right or privilege allegedly violated, the persons Involved, witnesses, times, dates and any other pertinent details. If a false grievance is filed disciplinary action can and will be taken against you.

Message:
MY MATTRESS WAS TAKEN.. THIS IS A VIOLATION OF MY CIVIL RIGHTS.. I AM REQUESTING A 1983 FORM FOR FILLING PLEASE THANK YOU

**Inmate Signature (type full name): FRANK LONGORIA GARCIA**

Response by **CPL D. SIMS** on **01/03/2021** at **7:22 AM**

Your old mattress was taken and the officers replaced it a short while later.