Key for Omission Recording: S - Self Medication L - LOA N - NPO R - Refused* O - Other* H - Held* (*Refer to Facility Policy.) PRN EFFECTIVENESS E - Effective N - Nurse Notes

INJECTION SITE 1. Thigh Left (Quadricep) 2. Thigh Right (Quadricep) 3. Arm Left (Deltoid) 4. Arm Right (Deltoid) 5. Abdomen RUQ 6. Abdomen RLQ 7. Abdomen LUQ 8. Abdomen LLQ 9. Buttocks (Gluteus) Left 10. Buttocks (Gluteus) Right

PATCH SITE 11. Chest Left 12. Chest Right 13. Back Left 14. Back Right 15. Arm Left 16. Arm Right 17. Ear, behind Left 18. Ear, behind Right

# ROUTINE MEDICATIONS

See Reverse Side for Verifying Signatures

Page 1
Final

## ECTOR CTY LAW ENFORCEMENT CTR

**ALLOPURINOL TAB 100MG**
TAKE 1 TABLET BY MOUTH ONCE DAILY

10/10/19 — 0900 — days 1–30 (handwritten initials)

**SIDE EFFECTS:** Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br

**COLCHICINE TAB 0.6MG**
TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER IF FOR SYMPTOMS REMAIN.

10/10/19 — days 1–30

**SIDE EFFECTS:** Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue;

**Diagnosis:**

**Allergies:** Fish Allergy; Shellfish Allergy

**Diet:**

~~2151 6002 2150~~ 2151

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA, FRANK (75823) | ECDC | 1-A | M | [redacted] 1977 | | Dr. SPONSEL, CHARLES (432)335-5333 | 11/01/20 - 11/30/20 |

## ROUTINE MEDICATIONS

See Reverse Side for Verifying Signatures

**ECTOR CTY LAW ENFORCEMENT CTR**

Key for Omission Recording: S - Self Medication L - LOA N - NPO; R - Refused* O - Other* H - Held* (*Refer to Facility Policy.)
PRN EFFECTIVENESS: E - Effective; N - Nurse Notes

INJECTION SITE: 1. Thigh Left (Quadricep) 2. Thigh Right (Quadricep) 3. Arm Left (Deltoid) 4. Arm Right (Deltoid) 5. Abdomen RUQ 6. Abdomen RLQ 7. Abdomen LUQ 8. Abdomen LLQ 9. Buttocks (Gluteus) Left 10. Buttocks (Gluteus) Right

PATCH SITE: 11. Chest Left 12. Chest Right 13. Back Left 14. Back Right 15. Arm Left 16. Arm Right 17. Ear, behind Left 18. Ear, behind Right

Page 1
Final

| Medication | Start / Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLOPURINOL TAB 100MG<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/10/19<br>0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SIDE EFFECTS: Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COLCHICINE TAB 0.6MG<br>TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER IF FOR SYMPTOMS REMAIN. | 10/10/19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SIDE EFFECTS: Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue; | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:**

**Allergies:** Fish Allergy; Shellfish Allergy 2151

**Diet:**

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA, FRANK (75823) | ECDC | 1-A | M | [redacted]1977 | | Dr. SPONSEL, CHARLES (432)335-5333 | 10/01/20 - 10/31/20 |

## ROUTINE MEDICATIONS

See Reverse Side for Verifying Signatures

**ECTOR CTY LAW ENFORCEMENT CTR**

Key for Omission Recording: S - Self Medication L - LOA N - NPO R - Refused* O - Other* H - Held* (*Refer to Facility Policy.)
PRN EFFECTIVENESS E - Effective N - Nurse Notes

INJECTION SITE: 1. Thigh Left (Quadricep) 2. Thigh Right (Quadricep) 3. Arm Left (Deltoid) 4. Arm Right (Deltoid) 5. Abdomen RUQ 6. Abdomen RLQ 7. Abdomen LUQ 8. Abdomen LLQ 9. Buttocks (Gluteus) Left 10. Buttocks (Gluteus) Right

PATCH SITE: 11. Chest Left 12. Chest Right 13. Back Left 14. Back Right 15. Arm Left 16. Arm Right 17. Ear, behind Left 18. Ear, behind Right

Page 1
Final

| Medication | Start / Time |
|---|---|
| ALLOPURINOL TAB 100MG<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/10/19<br>0900 |

SIDE EFFECTS: Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br

| Medication | Start |
|---|---|
| COLCHICINE TAB 0.6MG<br>TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER ~~IF~~ FOR SYMPTOMS REMAIN. | 10/10/19 |

SIDE EFFECTS: Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue;

**Diagnosis:**

**Allergies:** Fish Allergy; Shellfish Allergy

**Diet:**

2151

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA,FRANK (75823) | ECDC | 1-A | M | [redacted]1977 | | Dr. SPONSEL,CHARLES<br>(432)335-5333 | 09/01/20 - 09/30/20 |

ROUTINE MEDICATIONS
See Reverse Side for Verifying Signatures

ECTOR CTY LAW ENFORCEMENT CTR

Key for Omission Recording: S - Self Medication L - LOA N - NPO R - Refused* O - Other* H - Held* (*Refer to Facility Policy.)
PRN EFFECTIVENESS: E - Effective N - Nurse Notes

INJECTION SITE: 1. Thigh Left (Quadricep) 2. Thigh Right (Quadricep) 3. Arm Left (Deltoid) 4. Arm Right (Deltoid) 5. Abdomen RUQ 6. Abdomen RLQ 7. Abdomen LUQ 8. Abdomen LLQ 9. Buttocks (Gluteus) Left 10. Buttocks (Gluteus) Right

PATCH SITE: 11. Chest Left 12. Chest Right 13. Back Left 14. Back Right 15. Arm Left 16. Arm Right 17. Ear, behind Left 18. Ear, behind Right

ALLOPURINOL TAB 100MG
TAKE 1 TABLET BY MOUTH ONCE DAILY

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | PB | PB | ll | ll | ll | PB | PB | PB | PB | PB | ll | ll | ll | ll | EM | EM | DV | ll | ll | PB | ll | AA | AA | PB | ll | ll | ll | ll | PB | | DV |

SIDE EFFECTS: Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br

COLCHICINE TAB 0.6MG
TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER IF FOR SYMPTOMS REMAIN.

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIDE EFFECTS: Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue;

Diagnosis:

Allergies: Fish Allergy; Shellfish Allergy

Diet:

2151

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA, FRANK (75823) | ECDC | 1-A | M | [redacted] 1977 | | Dr. SPONSEL, CHARLES (432)335-5333 | 08/01/20 - 08/31/20 |



## ROUTINE MEDICATIONS

See Reverse Side for Verifying Signatures

**ECTOR CTY LAW ENFORCEMENT CTR**

Key for Omission Recording:
S - Self Medication L - LOA N - NPO
R - Refused* O - Other* H - Held*
(*Refer to Facility Policy.)
PRN EFFECTIVENESS
E - Effective
N - Nurse Notes

INJECTION SITE
1. Thigh Left (Quadricep)
2. Thigh Right (Quadricep)
3. Arm Left (Deltoid)
4. Arm Right (Deltoid)
5. Abdomen RUQ
6. Abdomen RLQ
7. Abdomen LUQ
8. Abdomen LLQ
9. Buttocks (Gluteus) Left
10. Buttocks (Gluteus) Right

PATCH SITE
11. Chest Left
12. Chest Right
13. Back Left
14. Back Right
15. Arm Left
16. Arm Right
17. Ear, behind Left
18. Ear, behind Right

Page 1
Final

**ALLOPURINOL TAB 100MG**
TAKE 1 TABLET BY MOUTH ONCE DAILY

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

SIDE EFFECTS: Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br

**COLCHICINE TAB 0.6MG**
TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER IF FOR SYMPTOMS REMAIN.

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIDE EFFECTS: Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue;

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Diagnosis:**

**Allergies:** Fish Allergy; Shellfish Allergy

**Diet:**

2151

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA, FRANK (75823) | ECDC | 1-A | M | [redacted] 1977 | | Dr. SPONSEL, CHARLES (432)335-5333 | 07/01/20 - 07/31/20 |

Final

## ROUTINE MEDICATIONS

See Reverse Side for Verifying Signatures

**ECTOR CTY LAW ENFORCEMENT CTR**

Codes for Omission Recording: Self Medication L - LOA N - NPO; Refused* O - Other* H - Held* (*Refer to Facility Policy.)
PRN EFFECTIVENESS: E - Effective; N - Nurse Notes

INJECTION SITE: 1. Thigh Left (Quadricep) 2. Thigh Right (Quadricep) 3. Arm Left (Deltoid) 4. Arm Right (Deltoid) 5. Abdomen RUQ 6. Abdomen RLQ 7. Abdomen LUQ 8. Abdomen LLQ 9. Buttocks (Gluteus) Left 10. Buttocks (Gluteus) Right

PATCH SITE: 11. Chest Left 12. Chest Right 13. Back Left 14. Back Right

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLOPURINOL TAB 100MG<br>TAKE 1 TABLET BY MOUTH ONCE DAILY<br>(10/10/19) | 0900 | PB | PB | ll | ll | ll | ll | PB | ll | ll | ll | PB | ll | ll | ll | PB | ll | ll | ll | ll | ll | PB | ll | ll | ll | PB | ll | ll | ll | PB | |
| SIDE EFFECTS: Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COLCHICINE TAB 0.6MG<br>TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER IF FOR SYMPTOMS REMAIN.<br>(10/10/19) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SIDE EFFECTS: Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue; | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PenVeeK 500mg i tab PO tid x 10 d<br>6.12.20 | ~~0900~~ | | | | | | | | | | | | > | ll | ll | PB | ll | ll | ll | ll | ll | PB | ll< | | | | | | | | |
| | ~~1300~~ | | | | | | | | | | | | > | ll | ll | PB | ll | ll | ll | ll | ll | PB | ll< | | | | | | | | |
| | 2100 | | | | | | | | | | | | > | 2S | A | | 2S | SJ | A | A | ll | A | A< | | | | | | | | |
| Clindamycin 300mg i cap PO tid x 10d<br>6.12.20 | ~~0900~~ | | | | | | | | | | | | > | ll | ll | PB | ll | ll | ll | ll | ll | PB | ll< | | | | | | | | |
| | ~~1300~~ | | | | | | | | | | | | > | ll | ll | PB | ll | ll | ll | ll | ll | PB | ll< | | | | | | | | |
| | 2100 | | | | | | | | | | | | > | 2S | A | | 2S | SJ | A | A | ll | A | A< | | | | | | | | |
| Ibuprofen 200mg IV tabs PO BID x 10d<br>6.12.20 | ~~0900~~ | | | | | | | | | | | | > | ll | ll | PB | ll | ll | ll | ll | ll | PB | ll< | | | | | | | ~~4x~~ 9 | 36 |
| | 2100 | | | | | | | | | | | | > | 2S | A | ll | 2S | SJ | A | A | ll | A | A< | | | | | | | 4x 10 | 40 |
| Claritin 10mg i tab PO q hs x 10d<br>6.12.20 | 2100 | | | | | | | | | | | | > | 2S | A | ll | 2S | SJ | A | A | ll | A | A< | | | | | | | 10 | 10 |

86
x.30
2580

**Diagnosis:**

**Allergies:** Fish Allergy; Shellfish Allergy

**Diet:** 2151

25.80

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA, FRANK (75823) | ECDC | 1-A | M | [redacted] 1977 | | Dr. SPONSEL, CHARLES (432)335-5333 | 06/01/20 - 06/30/20 |

ECTOR COUNTY LAW ENFORCEMENT CENTER
ODESSA, TEXAS
TELEPHONE / PHYSICIAN ORDERS

| INMATE: | SO # | DATE OF ORDER: |
|---|---|---|
| Garcia, Frank | 75823 | 6.12.2020 |

| ALLERGIES: | CELL: | DATE OF BIRTH: |
|---|---|---|
| shellfish | 2151 | [redacted].77 |

**REASON FOR CALLING PROVIDER:**

tooth infection - allergies

**PROVIDERS PHONE ORDERS**

Claritin 10mg i tab PO qhs X10d (Floor stock)
Ibuprofen 200mg IV tabs PO BID X10d (Floor Stock)
→ PenVeeK 500mg i tab PO tid X10d (#30)
→ Clindamycin 300mg i cap PO tid X10d (#30)

**DISPOSITION**

| ☐ SEE IN CLINIC | ☐ SEND TO ER | ☒ OTHER: |
|---|---|---|

| NURSE'S SIGNATURE AND NOTATION | DATE AND TIME |
|---|---|
| [signature] | 6.12.2020 @1935 |

**PROVIDER'S SIGNATURE**

[signature]

# ECTOR COUNTY DETENTION CENTER
## NURSING ASSESSMENT

Name Garcia, Frank (M) F Date 6-12-2020

SO # 75823 Cell# 2151 DOB [redacted] 77 Allergies nkda

Chief Complaint (in patients own words) "toothache"

V.S. T 97.5 P 63 R 18 B/P 125/70 LMP

Sp02 99%

Injury / Wound / Rash
Describe / Mark on Diagram

(L) ↓ back tooth blackened & broken - gums swelling

History of Complaint
New onset ✓
Recurring
Chronic

Physical Examination:

Mental Status: WNL, confused, disoriented, lethargic, slurred speech, other

Eyes: WNL, reddened, swollen, dry, drainage, pupils, (R) ________mm (L) ________mm

Ears: WNL, hearing loss R/L, discharge, Bulging Tympanic Membrane, Dull Tympanic Membrane, Reddened, other

Nose/ Sinuses: WNL, stuffiness, drainage, swollen turbinates, tenderness, deviated septum, other

Mouth /Throat: WNL, sores, ulcers, reddness, swelling, white patches, laceration, dental abscess, other

Chest / Lungs: WNL, diminished, rales, rhonchi, wheezing, rub, SOB, productive cough, dry cough, other

GI / GU: WNL, soft, flat, rounded, distended, firm, BS (+) x 4 Date of last BM today

Skin: WNL, flushed, rash, open wounds, acne, other

Orthopedic: WNL, area affected ________, ↓ ROM, swelling, discoloration, pulse present yes ✓ no ____, capillary refill < 3 seconds

Nurses Notes: I/M presents c̄ (L) jaw pain - noted (L) ↓ back tooth blackened & broken, gums swelling c/o pain - also noted sinus drainage stating only since tooth ache started having allergi

Intervention: N/O PenVeek 500mg i tab PO tid x 10d & Clindamycin 300mg i cap PO tid x 10d c̄ Ibu 200mg IV tabs PO BID x 10d & Claritin 10mg i tab PO qhs x 10d - encd to see dentist states no family to pay for it.

Refer to Clinic: yes ____ no ____ MD order written yes ✓ no ____

Nurse Signature [signature] Date 6.12.2020

## ROUTINE MEDICATIONS
See Reverse Side for Verifying Signatures

Key for Omission Recording: S - Self Medication L - LOA N - NPO R - Refused* O - Other* H - Held* (*Refer to Facility Policy.) PRN EFFECTIVENESS E - Effective N - Nurse Notes

INJECTION SITE: 1. Thigh Left (Quadricep) 2. Thigh Right (Quadricep) 3. Arm Left (Deltoid) 4. Arm Right (Deltoid) 5. Abdomen RUQ 6. Abdomen RLQ 7. Abdomen LUQ 8. Abdomen LLQ 9. Buttocks (Gluteus) Left 10. Buttocks (Gluteus) Right

PATCH SITE: 11. Chest Left 12. Chest Right 13. Back Left 14. Back Right 15. Arm Left 16. Arm Right 17. Ear, behind Left 18. Ear, behind Right

## ECTOR CTY LAW ENFORCEMENT CTR

**ALLOPURINOL TAB 100MG**
TAKE 1 TABLET BY MOUTH ONCE DAILY

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | PB | AA | AA | PB | PB | PB | AA | AA | PB | PB | PB | AA | PB | AA | ll | ll | ll | PB | ll | ll | ll | PB | | | ll | ll | ll | ll | ll | ll | ll |

SIDE EFFECTS: Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br

**COLCHICINE TAB 0.6MG**
TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER IF FOR SYMPTOMS REMAIN.

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIDE EFFECTS: Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue;

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Diagnosis:**

**Allergies:** Fish Allergy; Shellfish Allergy

**Diet:** 2151

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA,FRANK (75823) | ECDC | 1-A | M | [redacted] 1977 | | Dr. SPONSEL,CHARLES (432)335-5333 | 05/01/20 - 05/31/20 |

# ROUTINE MEDICATIONS

…ee Reverse Side for Verifying Signatures

Key for Omission Recording:
S - Self Medication L - LOA N - NPO
? - Refused* O - Other* H - Held*
(*Refer to Facility Policy.)
PRN EFFECTIVENESS
E - Effective
N - Nurse Notes

INJECTION SITE
1. Thigh Left (Quadricep)
2. Thigh Right (Quadricep)
3. Arm Left (Deltoid)
4. Arm Right (Deltoid)
5. Abdomen RUQ
6. Abdomen RLQ
7. Abdomen LUQ
8. Abdomen LLQ
9. Buttocks (Gluteus) Left
10. Buttocks (Gluteus) Right

PATCH SITE
11. Chest Left
12. Chest Right
13. Back Left
14. Back Right
5. Arm Left
Arm Right
7. Ear, behind Left
18. Ear, behind Right

Page 1
Final

## ECTOR CTY LAW ENFORCEMENT CTR

**ALLOPURINOL TAB 100MG**
TAKE 1 TABLET BY MOUTH ONCE DAILY

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**SIDE EFFECTS:** Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br

**COLCHICINE TAB 0.6MG**
TAKE 2 TABLETS (1.2MG) BY MOUTH
FOR 1 DOSE, THEN TAKE 1 TABLET 1
HOUR LATER IF FOR SYMPTOMS REMAIN.

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SIDE EFFECTS:** Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue;

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Diagnosis:**

**Allergies:** Fish Allergy; Shellfish Allergy

**Diet:** 2151

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA, FRANK (75823) | ECDC | 1-A | M | [redacted]1977 | | Dr. SPONSEL, CHARLES (432) 335-5333 | 04/01/20 - 04/30/20 |

ROUTINE MEDICATIONS
See Reverse Side for Verifying Signatures

Key for Omission Recording:
S - Self Medication L - LOA N - NPO
R - Refused* O - Other* H - Held*
(*Refer to Facility Policy.)
PRN EFFECTIVENESS
E - Effective
N - Nurse Notes

INJECTION SITE
1. Thigh Left (Quadricep)
2. Thigh Right (Quadricep)
3. Arm Left (Deltoid)
4. Arm Right (Deltoid)
5. Abdomen RUQ
6. Abdomen RLQ
7. Abdomen LUQ
8. Abdomen LLQ
9. Buttocks (Gluteus) Left
10. Buttocks (Gluteus) Right

PATCH SITE
11. Chest Left
12. Chest Right
13. Back Left
14. Back Right
15. Arm Left
16. Arm Right
17. Ear, behind Left
18. Ear, behind Right

Page 1
Final

## ECTOR CTY LAW ENFORCEMENT CTR

**ALLOPURINOL TAB 100MG**
TAKE 1 TABLET BY MOUTH ONCE DAILY

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

SIDE EFFECTS: Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br

**COLCHICINE TAB 0.6MG**
TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER IF FOR SYMPTOMS REMAIN.

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIDE EFFECTS: Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue;

**Diagnosis:**

**Allergies:** Fish Allergy; Shellfish Allergy

**Diet:**

2151

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA, FRANK (75823) | ECDC | 1-A | M | [redacted]/1977 | | Dr. SPONSEL, CHARLES (432)335-5333 | 03/01/20 - 03/31/20 |

## ROUTINE MEDICATIONS

See Reverse Side for Verifying Signatures

**ECTOR CTY LAW ENFORCEMENT CTR**

Key for Omission Recording: S - Self Medication, L - LOA, N - NPO, R - Refused*, O - Other*, H - Held* (*Refer to Facility Policy.)

PRN EFFECTIVENESS: E - Effective, N - Nurse Notes

INJECTION SITE: 1. Thigh Left (Quadricep) 2. Thigh Right (Quadricep) 3. Arm Left (Deltoid) 4. Arm Right (Deltoid) 5. Abdomen RUQ 6. Abdomen RLQ 7. Abdomen LUQ 8. Abdomen LLQ 9. Buttocks (Gluteus) Left 10. Buttocks (Gluteus) Right

PATCH SITE: 11 Chest Left 12. Chest Right 13. Back Left 14. Back Right; Arm Left; Arm Right; Ear, behind Left; Ear, behind Right

Page 1
Final

**ALLOPURINOL TAB 100MG**
TAKE 1 TABLET BY MOUTH ONCE DAILY

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

SIDE EFFECTS: Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br

**COLCHICINE TAB 0.6MG**
TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER IF FOR SYMPTOMS REMAIN.

| 10/10/19 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIDE EFFECTS: Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue;

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Diagnosis:**

**Allergies:** Fish Allergy; Shellfish Allergy

**Diet:** 2151

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA, FRANK (75823) | ECDC | 1-A | M | [redacted] 1977 | | Dr. SPONSEL, CHARLES (432)335-5333 | 02/01/20 - 02/29/20 |

## ROUTINE MEDICATIONS

See Reverse Side for Verifying Signatures

**ECTOR CTY LAW ENFORCEMENT CTR**

Key for Omission Recording: S - Self Medication L - LOA N - NPO R - Refused* O - Other* H - Held* (*Refer to Facility Policy.) PRN EFFECTIVENESS E - Effective N - Nurse Notes

INJECTION SITE: 1. Thigh Left (Quadricep) 2. Thigh Right (Quadricep) 3. Arm Left (Deltoid) 4. Arm Right (Deltoid) 5. Abdomen RUQ 6. Abdomen RLQ 7. Abdomen LUQ 8. Abdomen LLQ 9. Buttocks (Gluteus) Left 10. Buttocks (Gluteus) Right

PATCH SITE: 11. Chest Left 12. Chest Right 13. Back Left 14. Back Right 15. Arm Left 16. Arm Right 17. Ear, behind Left 18. Ear, behind Right

Page 1
Final

| Medication | Start / Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLOPURINOL TAB 100MG<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/10/19<br>0900 | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | O | [initials] | [initials] | | [initials] | |

**SIDE EFFECTS:** Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br

| Medication | Start | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLCHICINE TAB 0.6MG<br>TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER IF FOR SYMPTOMS REMAIN. | 10/10/19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**SIDE EFFECTS:** Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue;

**Diagnosis:**

**Allergies:** Fish Allergy; Shellfish Allergy

**Diet:**

~~2151~~

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA, FRANK (75823) | ECDC | 1-A | M | [redacted] 1977 | | Dr. SPONSEL, CHARLES (432) 335-5333 | 01/01/20 - 01/31/20 |

2151

ROUTINE MEDICATIONS
See Reverse Side for Verifying Signatures

ECTOR CTY LAW ENFORCEMENT CTR

Key for Omission Recording: S - Self Medication L - LOA N - NPO R - Refused* O - Other* H - Held* (*Refer to Facility Policy.) PRN EFFECTIVENESS E - Effective N - Nurse Notes

INJECTION SITE: 1. Thigh Left (Quadricep) 2. Thigh Right (Quadricep) 3. Arm Left (Deltoid) 4. Arm Right (Deltoid) 5. Abdomen RUQ 6. Abdomen RLQ 7. Abdomen LUQ 8. Abdomen LLQ 9. Buttocks (Gluteus) Left 10. Buttocks (Gluteus) Right

PATCH SITE: 11. Chest Left 12. Chest Right 13. Back Left 14. Back Right 15. Arm Left 16. Arm Right 17. Ear, behind Left 18. Ear, behind Right

Page 1
Final

ALLOPURINOL TAB 100MG
TAKE 1 TABLET BY MOUTH ONCE DAILY

10/10/19 — 0900 — days 1–31 initialed

SIDE EFFECTS: Gout; Renal Failure Syndrome; Nausea; Vomiting; Renal Insufficiency; Maculopapular Rash; Skin Rash; Br

COLCHICINE TAB 0.6MG
TAKE 2 TABLETS (1.2MG) BY MOUTH FOR 1 DOSE, THEN TAKE 1 TABLET 1 HOUR LATER IF FOR SYMPTOMS REMAIN.

10/10/19

SIDE EFFECTS: Diarrhea; Nausea; Vomiting; Gastrointestinal Disease; Gout; Abdominal Pain; Abdominal Cramps; Fatigue;

Diagnosis:

Allergies: Fish Allergy; Shellfish Allergy

Diet:

2151

| Patient Name | Wing | Room | Sex | DOB | MR# | Physician Name | Period |
|---|---|---|---|---|---|---|---|
| GARCIA,FRANK (75823) | ECDC | 1-A | M | [redacted]1977 | | Dr. SPONSEL,CHARLES (432)335-5333 | 12/01/19 - 12/31/19 |

ECTOR COUNTY DETENTION CENTER

MEDICATION DISTRIBUTION SIGN OFF SHEET

MONTH Nov. YEAR 2019 New MAR Checked: ______

NAME: Garcia, Frank DOB [redacted] 1977 SO: 75823 KEY CT - IN COURT NS - NOSHOW R - REFUSED

ALLERGIES: Benadryl CELL# 2151

| MEDICATION | TIME | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Colchicine 1.2mg PO x1 then colchicine 0.6mg x1 1° later if [illegible] | ~~09:00~~ | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ~~13:00~~ | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: 10/10/19 Int: | 21:00 N | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Allopurinol 100mg PO Qday | 09:00 | DIS | AN | AN | AS | TS | PB | PB | TS | | KN | KN | TS | PB | AN | TS | PB | TS | TS | TS | TS | AN | TS | TS | TS | TS | | PB | PB | AN | PB | AN | |
| | ~~13:00~~ | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: 10/10/19 Int: | ~~21:00~~ | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initials and Signature | Initials and Signature | Initials and Signature | Initials and Signature | Initials and Signature |
|---|---|---|---|---|
| [signature] Chapman | JC J. Corrales LVN | | | |
| | | | | |

FORM# MDSO-3110 REV. 9/10

**ECTOR COUNTY DETENTION CENTER**

**MEDICATION DISTRIBUTION SIGN OFF SHEET**

MONTH October YEAR 2019 New MAR Checked: ______

| NAME: Garcia, Frank | DOB: [redacted]77 | SO: 75823 | KEY CT - IN COURT NS - NOSHOW R - REFUSED |
|---|---|---|---|
| ALLERGIES: Benadryl | | | CELL# 2151 |

| MEDICATION | TIME | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Colchicine 1.2mg po x1, then Colchicine 0.6mg 1° later of 3x period | 09:00 | DIS | | | | | | | | | | | AN | | | | | | | | | | | | | | | | | | | | |
| | 13:00 R | DIS | for gout flare-up | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: 10/10/19 Int: AN | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Allopurinol 100mg i po QDay | 09:00 | DIS | | | | | | | | | | | AN | DV | DV | W | AN | AN | AN | DV | AN | AN | DV | DV | DV | DV | AN | HD | HD | HS | HS | HD | AN |
| | ~~13:00~~ | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: 10/10/19 Int: AN | ~~21:00~~ | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initials and Signature | Initials and Signature | Initials and Signature | Initials and Signature | Initials and Signature |
|---|---|---|---|---|
| | | D. Velasco RN | | |
| | | | | AN A. Hodgkinson |

FORM MDSO-3110 REV. 9/10

# ECTOR COUNTY LAW ENFORCEMENT CENTER
## PROGRESS NOTES

INMATE Garcia, Frank SO # 75823- CELL # 215 DATE: 10/8/19

| MEDICATIONS ☒ None | ALLERGIES ☐ None |
| --- | --- |
| | Benadryl. |
| | |
| | |

VITAL SIGNS: BP: 164/85 106/82 PULSE: 63/73 RESP: 20/20 TEMP: 98.1/97.8 97.6

SUBJECTIVE: Age 42 (M) F (LMP N/A ) D.O.B. [redacted] 77.

Pt with long standing H/o gout, C/o rt. elbow and left ankle swelling + pain x 2-3 days. ☒ Pre Existing Illness/Injury

**OBJECTIVE:**

PE :- (Physical exam)

Ext : - left ankle - a tender, erythematous nodule with surrounding swelling
- rt. elbow - a tender, erythematous nodule

CV : RRR with no M/G/R

Resp : CTAB

**ASSESSMENT:**

① Gout flare up. ② Constipation.

**PLAN:**
1) Colchicine 1.2mg PO x1, then 0.6mg 1hr later
2) Senna S PO BID PRN.
3) Uric acid level.
4) CMP.
5)

→ Allopurinol 100mg x Qw. then go up to 100mg / wk depending on uric acid (Max 800mg)

SIGNED: Myra [signature] [signature]

FORM # PGNT-3110 REV. 3/05

# ECTOR COUNTY DETENTION CENTER
# NURSING ASSESSMENT

Name Garcia, Frank. (M)/ F ________ Date 10/8/19.

SO # 75823. Cell# 215T. DOB [redacted] 72. Allergies Benadryl.

Chief Complaint (in patients own words) Swelling to elbow and ankle has had gout flare up in past.

V.S. T 98'. P 63 R 20 B/P 161/85 LMP /

Sp02 98%

Injury / Wound / Rash
Describe / Mark on Diagram

swelling at to (R) elbow and (L) ankle.

History of Complaint
New onset ________
Recurring X
Chronic ________

Physical Examination:

Mental Status: (WNL), confused, disoriented, lethargic, slurred speech, other ________

Eyes: (WNL), reddened, swollen, dry, drainage, pupils, (R) ________ mm (L) ________ mm

Ears: (WNL), hearing loss R/L, discharge, Bulging Tympanic Membrane, Dull Tympanic Membrane, Reddened, other

Nose/ Sinuses: (WNL) stuffiness, drainage, swollen turbinates, tenderness, deviated septum, other ________

Mouth /Throat: (WNL) sores, ulcers, reddness, swelling, white patches, laceration, dental abscess, other ________

Chest / Lungs: (WNL), diminished, rales, rhonchi, wheezing, rub, SOB, productive cough, dry cough, other

GI / GU: (WNL), soft, flat, rounded, distended, firm, BS ________ Date of last BM ________

Skin: (WNL), flushed, rash, open wounds, acne, other

Orthopedic: WNL, area affected ________, ↓ ROM, (swelling), discoloration, pulse present yes ____ no ____, capillary refill ____ seconds

Nurses Notes: Inmate presents with at edema to (R) elbow and (L) ankle. States he has had gout flare ups in past. Will refer to MD for meds.

Intervention: Refer to MD

Refer to Clinic: yes X no ____ MD order written yes ____ no X

Nurse Signature [signature] [signature] Date 10/8/19.

**LabCorp** **Patient Report**

Specimen ID: 284-452-0716-0
Control ID: DC742224630

Acct #: [redacted]630 Phone: (432) 335-3560 Rte: 99

**GARCIA, FRANK**

ECDC
2500 South Hwy 385
ODESSA TX 79761

**Patient Details**
DOB: [redacted]/1977
Age(y/m/d): 042/00/29
Gender: M SSN:
Patient ID: 75823

**Specimen Details**
Date collected: 10/11/2019 0100 Local
Date received: 10/12/2019
Date entered: 10/12/2019
Date reported: 10/12/2019 0813 ET

**Physician Details**
Ordering:
Referring:
ID: SPONSEL,C
NPI:

Ordered Items
Comp. Metabolic Panel (14); Uric Acid

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 83 | | mg/dL | 65 - 99 | 01 |
| BUN | 8 | | mg/dL | 6 - 24 | 01 |
| **Creatinine** | **0.61** | **Low** | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 123 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 142 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 13 | | | 9 - 20 | |
| Sodium | 140 | | mmol/L | 134 - 144 | 01 |
| Potassium | 4.9 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride | 100 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 26 | | mmol/L | 20 - 29 | 01 |
| Calcium | 9.9 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total | 7.6 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin | 4.9 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.7 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.8 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase | 107 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 19 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 16 | | IU/L | 0 - 44 | 01 |
| **Uric Acid** | | | | | |
| Uric Acid | 6.5 | | mg/dL | 3.7 - 8.6 | 01 |
| Please Note: | | | | | 01 |

Therapeutic target for gout patients: <6.0

*(handwritten: — per guidelines (clinical picture + lab work support diagnosis of gout)*

| 01 | DA | LabCorp Dallas<br>7777 Forest Ln Bldg C350, Dallas, TX 75230-2544 | Dir: CN Etufugh, MD |
|---|---|---|---|

For inquiries, the physician may contact Branch: 432-681-8150 Lab: 972-598-6000

*(signatures)*

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 972-598-6000

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**LabCorp** CHEMISTRY SERVICES

ECDC
2500 South Hwy [illegible]
ODESSA TX 79761
432-335-3560 TEM

42224630-4

DC742224630

To find the nearest patient service center, visit www.labcorp.com or call 888-LABCORP (888-522-2677).

☐ Fax ☐ Call ☐ Mail — Send additional copy of report to: Client # / Physician's Name / Phone/Fax Number / Physician's / City, State, Zip

0800.38

DC742224630 DC742224630 DC742224630
DC742224630 DC742224630 DC742224630

[illegible]IA, FRANK

IRCLE ONE
770512204-VALENZUEL,P

HECK ONE
3 [ ] ACCOUNT BILL

| Patient's Legal Name (Last, First, MI) | Sex | Date of Birth | Collection Time | Fasting | Collection Date | Urine hrs/vol |
|---|---|---|---|---|---|---|
| Garcia, Frank | M | [redacted] YR 77 | 01:00 AM | ☐ Yes ☐ No | MO 10 DAY 11 YR 19 | hrs ___ vol ___ |

NPI | Physician's ID # | Patient's ID # SO# 75823 | Hospital Patient Status: ☐ In-Patient ☐ Out-Patient ☐ Non-Patient

Physician's Name (Last, First): Sporrie, Charles — Physician/Authorized Signature x

Diagnosis/Signs/Symptoms in ICD-CM format in effect at Date of Service — Highest Specificity REQUIRED: Gout

PATIENT — Patient's Address | Phone | City: ECDC | State | ZIP

RESP. PARTY — Name of Policy Holder (if different from patient) | Address of Policy Holder | APT # | City | State | ZIP

| PRIMARY BILLING PARTY | SECONDARY BILLING PARTY |
|---|---|
| Insurance Carrier * | Insurance Carrier * |
| ID # | ID # |
| Group # | Group # |
| Insurance Address | Insurance Address |
| Name of Insured Person | Name of Insured Person |
| Relationship to Patient | Relationship to Patient |
| Employer Name | Employer Name |
| *If Medicaid State / Physician's Provider # | Workers Comp ☐Yes ☐No |

I hereby authorize the release of medical information related to the service described herein and authorize payment directly to LabCorp. I agree to assume responsibility for payment of charges for laboratory services that are not covered by my healthcare insurer.

X Patient's Signature / Date

**MEDICARE ADVANCE BENEFICIARY NOTICE OF NONCOVERAGE (ABN)**

Refer to Determining Necessity of ABN Completion on reverse.

OTHER TESTS / INDIVIDUAL PROFILE COMPONENTS — TEST # / TEST NAMES

Confirmation # 9284NCN

INDIVIDUAL COMPONENTS OF TEST COMBINATIONS / PROFILES LISTED IN THE SECTION ABOVE CAN BE ORDERED BELOW

LABCORP USE ONLY: STAT ☐ 998074 | VENIPUNCTURE ☐ 998085 | NON LABCORP ☐ 998239 | VERBAL ORDER ☐ 998250 | CHART ORDER ☐ 998261 | HANDWRITTEN ☐ 998272 | 24 HR TUV ☐ 998283 | PST/PSC #

### ORGAN OR DISEASE PANELS (See reverse for components)

| Code | Test | CPT | Tube |
|---|---|---|---|
| 322744 | Acute Hepatitis Panel | 80074 | GEL |
| 322758 | ✓ Basic Metabolic Panel (8) | 80048 | GEL |
| 322000 | ✓ Comp Metabolic Panel (14) | 80053 | GEL |
| 303754 | Electrolyte Panel | 80051 | GEL |
| 322755 | Hepatic Function Panel (7) | 80076 | GEL |
| 140301 | Kidney Profile | 82043, 82570, 82565 | GEL, URN Cup |
| 303756 | Lipid Panel | 80061 | GEL |
| 235010 | Lipid Panel w/LDL/HDL Ratio | 80061 | GEL |
| 221010 | Lipid Panel w/TC:HDL Ratio | 80061 | GEL |
| 343925 | Lipid Panel w/Non-HDL Cholesterol | 80061 | GEL |
| 361946 | Lipid Cascade | see reverse | GEL, NMR |
| 363676 | Lipid Cascade with Rfx to ApoB See Reverse | 80061 | GEL |
| 322777 | Renal Function Panel | 80069 | GEL |

### HEMATOLOGY

| Code | Test | CPT | Tube |
|---|---|---|---|
| 005009 | CBC w Diff w Plt | 85025 | LAV |
| 028142 | CBC w/o Diff w Plt | 85027 | LAV |
| 005058 | Hematocrit | 85014 | LAV |
| 005041 | Hemoglobin | 85018 | LAV |
| 005249 | Platelet Count | 85049 | LAV |
| 005033 | RBC Count | 85041 | LAV |
| 005025 | WBC Count | 85048 | LAV |
| 015173 | Differential/Total WBC Count | 85004, 85048 | LAV |

### ALPHABETICAL/COMBINATION TESTS

| Code | Test | CPT | Tube |
|---|---|---|---|
| 006049 | ABO and Rh | see reverse 86900, 86901 | LAV |
| 001081 | Albumin | 82040 | GEL |
| 001107 | Alkaline Phosphatase | 84075 | GEL |
| 001545 | ALT (SGPT) | 84460 | GEL |
| 001396 | Amylase | 82150 | GEL |
| 164855 | Antinuclear Antibodies | 86038 | GEL |
| 001123 | AST (SGOT) | 84450 | GEL |
| 000810 | $B_{12}$ and Folate | see reverse 82607, 82746 | GEL |
| 001099 | Bilirubin, Total | 82247 | GEL |
| 001040 | BUN | 84520 | GEL |

### ALPHABETICAL/COMBINATION TESTS CON'T

| Code | Test | CPT | Tube |
|---|---|---|---|
| 001016 | Calcium | 82310 | GEL |
| 006627 | C-Reactive Protein (CRP), Quant | 86140 | GEL |
| 120766 | hsCardiac C-Reactive Protein (CRP) | 86141 | GEL |
| 007419 | Carbamazepine (Tegretol®) | 80156 | SER |
| 002139 | CEA | 82378 | GEL |
| 001065 | Cholesterol, Total | 82465 | GEL |
| 001370 | Creatinine | 82565 | GEL |
| 090400 | Diabetes Risk - Asymptomatic Adults | 82947, 83036 | GRY, LAV |
| 023400 | Diabetes Comorbidity Assessment | 80061, 82565, 82570, 82043 | URN |
| 007385 | Digoxin (Lanoxin®) | 80162 | GEL |
| 004515 | Estradiol | 82670 | GEL |
| 004598 | Ferritin | 82728 | GEL |
| 028480 | FSH and LH | see reverse 83001, 83002 | GEL |
| 001958 | GGT | 82977 | GEL |
| 001818 | Glucose, Plasma | 82947 | GRY |
| 001032 | Glucose, Serum | 82947 | GEL |
| 004556 | hCG, Beta Subunit, Qual (Serum Pregnancy) | 84703 | GEL |
| 004416 | hCG, Beta Subunit, Quant | 84702 | GEL |
| 001925 | HDL Cholesterol | 83718 | GEL |
| 001453 | Hemoglobin A1c | 83036 | LAV |
| 006734 | Hep A Antibody, IgM | 86709 | GEL |
| 006395 | Hep B Surface Antibody | 86706 | GEL |
| 006510 | Hep B Surface Antigen | 87340 | GEL |
| 144050 | HCV Ab w/Rfx to Quant. RT-PCR | 86803 | GEL |
| 083935 | HIV-1/0/2, 4th Generation | 87389 | GEL |
| 180836 | H pylori Urea Breath | 83013 | see reverse |
| 180764 | H pylori Stool Antigen | 87338 | Fecal |
| 001321 | Iron and IBC | see reverse 83540, 83550 | GEL |
| 001115 | LDH | 83615 | GEL |
| 007708 | Lithium (Eskalith®) | 80178 | GEL |

| Code | Test | CPT | Tube |
|---|---|---|---|
| 001537 | Magnesium | 83735 | GEL |
| 006189 | Mononucleosis Test, Qual | 86308 | GEL |
| 884247 | NMR LipoProfile® | 80061, 83704 | NMR |
| 007823 | Phenobarbital (Luminal®) | 80184 | SER |
| 007401 | Phenytoin (Dilantin®) | 80185 | SER |
| 001024 | Phosphorus | 84100 | GEL |
| 001180 | Potassium | 84132 | GEL |
| 004465 | Prolactin | 84146 | GEL |
| 010322 | PSA | 84153 | GEL |
| 480947 | PSA, Free: Total Ratio* | 84153, 84154 | GEL |
| 005199 | Prothrombin Time (PT)/INR | 85610 | BLU |
| 020321 | PT and PTT Activated | 85610, 85730 | BLU |
| 005207 | PTT Activated | 85730 | BLU |
| 182879 | QuantiFERON®-TB Gold Plus | 86480 | KIT |
| 006502 | Rheumatoid Arthritis Factor | 86431 | GEL |
| 006072 | RPR | 86592 | GEL |
| 006197 | Rubella Antibodies, IgG | 86762 | GEL |
| 005215 | Sed Rate, Westergren | 85652 | LAV |
| 001198 | Sodium | 84295 | GEL |
| 004226 | Testosterone, Total | 84403 | GEL |
| 070001 | Testosterone Women/Children | 84403 | GEL |
| 007336 | Theophylline | 80198 | SER |
| 330015 | Thyroid Cascade Profile | see reverse | GEL |
| 001149 | Thyroxine ($T_4$) | 84436 | GEL |
| 001974 | Thyroxine ($T_4$), Free | 84439 | GEL |
| 082345 | T. pallidum Screening Cascade | see reverse | GEL |
| 001172 | Triglycerides | 84478 | GEL |
| 002188 | Triiodothyronine ($T_3$) | 84480 | GEL |
| 001156 | $T_3$ Uptake | 84479 | GEL |
| 004259 | TSH, 3rd generation | 84443 | GEL |
| 001057 | ✓ Uric Acid | 84550 | GEL |
| 003038 | Urinalysis | 81003 Microscopic on Positives | UA Tube |
| 081950 | Vitamin D, 25-Hydroxy | 82306 | GEL |

### MICROBIOLOGY

☐ ENDOCERVIX ☐ THROAT ☐ URINE ☐ STOOL ☐ URETHRA ☐ OTHER SOURCE:

| Code | Test | CPT | Tube |
|---|---|---|---|
| 008649 | Aerobic Bacterial Culture † | 87070 | Bact Transp |
| 008482 | Fungus Culture † | 87101 | Stern Transp |
| 008334 | Genital Culture, Routine † | 87070 | Bact Transp |
| 008540 | Gram Stain | 87205 | SLD |
| 188132 | Grp B Strep Detect, NAA | 87081, 87150 | Bact Transp |
| 188139 | Grp B Strep Detect, NAA Rfx to *suscept | 87081, 87150 | Bact Transp |
| 182949 | Occult Blood, Fecal, IA | 82274 | Fecal |
| 008623 | Ova and Parasites | 87177, 87209 | O&P Kit |
| 008144 | Stool Culture † | 87045, 87046, 87427 | Fecal Transp |
| 008169 | Throat, Beta-Hemolytic Strep Cult, Group A | 87081 | Bact Transp |
| 008342 | Upper Respiratory Culture, Routine † | 87070 | Bact Transp |
| 008847 | Urine Culture, Routine † | 87086 | Urine Transp |

### NuSwab® Tests (check only one)

| Code | Test | CPT |
|---|---|---|
| 180039 | NuSwab® Vaginitis (VG) | See Reverse |
| 180021 | NuSwab® Vaginitis Plus (VG+) | See Reverse |
| 180060 | Bacterial Vaginosis, NAA | 87798(x3) |
| 180055 | C. albicans & C. glabrata, NAA | 87801 |
| 180010 | Candida Six-species Profile, NAA | 87801 |
| 183194 | Chlamydia/Gonococcus, NAA¹ | 87491, 87591 |
| 183160 | Ct/Ng/Tv¹ | See Reverse |
| 180089 | Genital Mycoplasmas, Swab | 87798(x3) |
| 188056 | HSV 1 & 2, NAA | 87529(x2) |
| 188052 | Trichomonas vaginalis, NAA¹ | 87661 |

### ENHANCED REPORTING

| Code | Test |
|---|---|
| 910343 | Chronic Kidney Disease Report |
| 910385 | Cardiovascular Risk Assessment Report (Must order with 361946-Lipid Cascade, 884247-NMR LipoProfile, or lipid panel) |

† = ID / Susceptibility at Additional Charge
* = Confirmation at Additional Charge
¹ = Also available with Aptima® urine

Clinical Information/Comments

[REV 02/05/2019]

NOTE: WHEN ORDERING TESTS FOR WHICH MEDICARE OR MEDICAID REIMBURSEMENT WILL BE SOUGHT, PHYSICIANS SHOULD ONLY ORDER TESTS THAT ARE MEDICALLY NECESSARY FOR THE DIAGNOSIS OR TREATMENT OF THE PATIENT. ... COMPONENTS MAY BE BILLED SEPARATELY PER CARRIER POLICY.

**ECTOR COUNTY DETENTION CENTER**
**REQUEST FOR SICK CALL**

NAME Frank L Garcia SO # 75823

CELL BLOCK 2151 DATE 10-7-19

Inmate needs to be seen by:

☒ Medical ($10.00) ☐ Unscheduled Nurse ($10.00) ☒ Nurse ($5.00)

Inmate understands that charges for office visits and medications may be associated with sick call or dental visits and that medical visits may be delivered by a physician, a nurse practitioner, or a physician's assistant. Explain your need for request:

Elbow and Ankle swelling

Signed: [signature]

Inmate's request was received at Nurse's office

Date: 10/8/19 By: Tim.

Action Taken: Rdtatoms.

MD of notice

Distribution: White - Nurse's Office • Canary - Medical Staff/Billing • Pink - To Inmate

**ECTOR COUNTY DETENTION CENTER**
**REQUEST FOR SICK CALL**

NAME Frank Garcia SO # 7582

CELL BLOCK 2151 DATE Sept 1, 1

Inmate needs to be seen by: Pinar

☐ Medical ($10.00) ☐ Unscheduled Nurse ($10.00) ☐ Nurse ($5.00)

Inmate understands that charges for office visits and medications may be associated with sick call or dent visits and that medical visits may be delivered by a physician, a nurse practitioner, or a physician's assistant. Explain your need for request:

Cori recordment that I see the doctor of my swollen elbow. Pt placed MD 9/9/19.

Signed: [signature]

Inmate's request was received at Nurse's office

Date: 9/9/19 By: EM

Action Taken: Pt advised elbow better verbalized understanding to return medical needed. - EM

Distribution: White - Nurse's Office • Canary - Medical Staff/Billing • Pink - To Inmate

Ary 12/16/2020

**ECTOR COUNTY DETENTION CENTER**
**REQUEST FOR SICK CALL**

NAME Frank L Garcia SO # 75823

CELL BLOCK 2151 DATE 12-16-20

Inmate needs to be seen by: No charge

☐ Medical ($10.00) ☐ Unscheduled Nurse ($10.00) ☐ Nurse ($5.00)

Inmate understands that charges for office visits and medications may be associated with sick call or dental visits and that medical visits may be delivered by a physician, a nurse practitioner, or a physician's assistant. Explain your need for request:

MHMR 2013-14 was on meds also checked into Behavioral center. Having trouble sleeping and having anxiety.

Signed: [signature]

Inmate's request was received at Nurse's office

Date: 12.17.2020 By: ZB

Action Taken: Met c I/M - Referred to Coping Skills via Kiosk & to req. talking c BH if Coping Skills ineffective - then added to Telehealth Referral list.

Distribution: White - Nurse's office
Canary - Medical Staff/Billing

Amy 6/11

**ECTOR COUNTY DETENTION CENTER**
**REQUEST FOR SICK CALL**

NAME Frank L Garcia SO # 75823

CELL BLOCK 2151 DATE 6-11-20

Inmate needs to be seen by:

☐ Medical ($10.00) ☐ Unscheduled Nurse ($10.00) ☑ Nurse ($5.00)

Inmate understands that charges for office visits and medications may be associated with sick call or dental visits and that medical visits may be delivered by a physician, a nurse practitioner, or a physician's assistant. Explain your need for request:

Toothache

Signed: [signature]

Inmate's request was received at Nurse's office

Date: 6.12.2020 By: ZB

Action Taken: Orders

Distribution: White - Nurse's office
Canary - Medical Staff/Billing

ECTOR COUNTY DETENTION CENTER

MEDICATION DISTRIBUTION SIGN OFF SHEET

MONTH Sept YEAR 2019 New MAR Checked: ______

NAME: Garcia, Frank DOB [redacted] /77 SO: 75823

KEY CT - IN COURT NS - NOSHOW R - REFUSED

ALLERGIES NKDA CELL# 2151

| MEDICATION | TIME | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS - PO BID | 09:00 | DIS | | X | RN | RN | RN | PB | RN | RN | RN | PB | RN | X | | | | | | | | | | | | | | | | | | | |
| x 10 days | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: 9-1-19 Int: PB | 21:00 | DIS | | X | PB | NO | NO | NO | NO | PB | PB | NO | NO | | X | | | | | | | | | | | | | | | | | | |
| Ibuprofen 200mg iii PO | 09:00 | DIS | X | RN | RN | RN | RN | PB | RN | RN | RN | PB | RN | X | | | | | | | | | | | | | | | | | | | |
| BID x 15 days | 13:00 | DIS | | | | | | | | | | | | | | | 60x0.30=18.00 | | | | | | | | | | | | | | | | |
| Date: 9-1-19 Int: PB | 21:00 | DIS | X | NO | PB | PB | NO | NO | NO | PB | PB | NO | NO | X | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initials and Signature | Initials and Signature | Initials and Signature | Initials and Signature | Initials and Signature |
|---|---|---|---|---|
| Pamala Bordelon | | | | |
| | | | | |

FORM MDSO-3110 REV. 9/10

## ECTOR COUNTY LAW ENFORCEMENT CENTER
## ODESSA, TEXAS
## TELEPHONE / PHYSICIAN ORDERS

| INMATE: | SO # | DATE OF ORDER: |
|---|---|---|
| Garcia, Frank | 75823 | 09/01/2019 |

| ALLERGIES: | CELL: | DATE OF BIRTH: |
|---|---|---|
| NKDA | 2151 | [redacted] 1977 |

**REASON FOR CALLING PROVIDER:**

Has Rt elbow Cellulitis warm to touch

**PROVIDERS PHONE ORDERS**

Bactrim DS ÷ PO BID x10days
Ibuprofen 200mg IV PO BID x10days (floor stock)

faxed

**DISPOSITION**

| ☐ SEE IN CLINIC | ☐ SEND TO ER | ☑ OTHER: per protocol |
|---|---|---|

| NURSE'S SIGNATURE AND NOTATION | DATE AND TIME |
|---|---|
| Pamela Bustillos, LVN | 09/02/2019 1041 |

**PROVIDER'S SIGNATURE**

[signature]

## Unscheduled Medical Visit

☐ Code Blue ☐ Officer/Administration ☐ Rec Injury ☐ Fight

Name Garcia, Frank SO# 75823 Date/Time 09/01/19

Reason for visit: Rt Elbow pain (possible gout)

R L R

Injury Description:

R L R

R L

Seizure: Approx Length: ______ HX of seizures Yes____ No____

Meds Prescribed ______ Compliant with Meds Yes____ No____

Narrative Note: Cellulitis to Rt elbow area warm to touch X 2days. Has Dx gout

Intervention: Bactrim DS i po BID x 10days
Ibuprofen 200mg iii po BID x 10days

Disposition: ER ______ MHMR Referral ______ MD Clinic ______

[signature] 9-1-19 @ 2140

Nurse Signature Date/Time

[signature]

# ECTOR COUNTY LAW ENFORCEMENT CENTER
## PROGRESS NOTES

INMATE Garcia, Frank SO # 75823 CELL # 2151 DATE: ________

| MEDICATIONS ☐ None | ALLERGIES ☒ None |
|---|---|
| Bactrum DS po BID x 10 days | |
| Ibuprofen 600mg po BID PRN | |
| | |

VITAL SIGNS: BP: ________ PULSE: ________ RESP: ________ TEMP: ________

SUBJECTIVE: Age 41 M F (LMP N/A ) D.O.B. 9/12/77

(R) elbow c swelling, tx x2 c Bactrum DS, recurring

☐ Pre Existing Illness/Injury

OBJECTIVE: Pt seen by Medical, sts his arm is feeling better, no swelling noted. Pt advised to return to Medical if symptoms return — E Minyard, LVN

ASSESSMENT:

| PLAN: 1) | |
|---|---|
| 2) | |
| 3) | |
| 4) | |
| 5) | |

SIGNED:

FORM # PGNT-3110 REV. 3/05

PHARMACY UNLIMITED

*Your Partner in Patient Care*

12801 Wetmore Rd. • San Antonio, TX 78247
1-877-544-1919 • Fax 432-333-1916

# ER/Tray WITHDRAWALS

FACILITY: ECLEC

PATIENT NAME: Garcia, Frank

DOCTOR: Sponsel, C

NURSE: AHodgkinoZ

DATE: 8/22/19

DRUG & QUANTITY: Bactrum DS

DRUG & QUANTITY: ______

DRUG & QUANTITY: ______

ORDER FAXED TO PHCY BY: ______

*WHITE COPY: PATIENT CHART*
*YELLOW COPY: PHARMACY*

# ECTOR COUNTY LAW ENFORCEMENT CENTER
# ODESSA, TEXAS
# TELEPHONE / PHYSICIAN ORDERS

| INMATE: | SO # | DATE OF ORDER: |
|---|---|---|
| Garcia, Frank | 75823 | 8/15/19 |

| ALLERGIES: | CELL: | DATE OF BIRTH: |
|---|---|---|
| NKDA | 2151 | [redacted]77 |

**REASON FOR CALLING PROVIDER:**

Infection vs. Gout
↑ BP

**PROVIDERS PHONE ORDERS**

Bactrum DS i po BID x 10 days
Ibuprofen 200mg iii po BID x 10 days - floor stock
BP monitoring QAM x 5 days - if ↑ refer
to MD, if WNL dc

**DISPOSITION**

| ❑ SEE IN CLINIC | ❑ SEND TO ER | ☒ OTHER: |
|---|---|---|

| NURSE'S SIGNATURE AND NOTATION | DATE AND TIME |
|---|---|
| [signature] Hodgkinson | 8/15/19 1245 |

**PROVIDER'S SIGNATURE**

[signature]

# ECTOR COUNTY DETENTION CENTER
## NURSING ASSESSMENT

Name Garcia, Frank (M) F Date 8/15/19
SO # 75823 Cell# 2151 DOB [redacted] 77 Allergies NKDA
Chief Complaint (in patients own words) swollen elbow

V.S. T 98.6 P 85 R 20 B/P 148/90 LMP N/A
Placed on BP monitoring Sp02 100%

Injury / Wound / Rash
Describe / Mark on Diagram
Swollen (R) elbow

History of Complaint
New onset ✓
Recurring
Chronic

Physical Examination:
Mental Status: (WNL) confused, disoriented, lethargic, slurred speech, other
Eyes: (WNL) reddened, swollen, dry, drainage, pupils, (R) 3 mm (L) 3 mm
Ears: (WNL) hearing loss R/L, discharge, Bulging Tympanic Membrane, Dull Tympanic Membrane, Reddened, other
Nose/ Sinuses: (WNL) stuffiness, drainage, swollen turbinates, tenderness, deviated septum, other
Mouth /Throat: (WNL) sores, ulcers, reddness, swelling, white patches, laceration, dental abscess, other
Chest / Lungs: (WNL) diminished, rales, rhonchi, wheezing, rub, SOB, productive cough, dry cough, other
GI / GU: (WNL) soft, flat, rounded, distended, firm, BS x4 ~~[illegible]~~ hyper Date of last BM 8/14/19
Skin: WNL, (flushed), rash, open wounds, acne, other
Orthopedic: WNL, area affected (L) elbow, (↓ROM) (swelling) discoloration, pulse present yes ✓ no ___, capillary refill < 3 seconds

Nurses Notes: (R) elbow c̄ warmth & tenderness, ↓ ROM @ this time. Inmate states hx of gout, ∅ wounds noted on skin @ this time; skin intact. Inmate c̄ difficulty c̄ mvmt.

Intervention: Placed on Bactrim DS i po BID x 10 days; Ibuprofen 200mg ii po BID x 10 days - Encouraged to notify staff on Sunday if swelling persist to be seen by MD on Monday

Refer to Clinic: yes ___ no ✓ MD order written yes ✓ no ___ [signature]

Nurse Signature: L Hodgunoz [signature]
Date: 8/15/19 1245

ECTOR COUNTY DETENTION CENTER

BLOOD PRESSURE MEDICATION AGREEMENT

I, Frank Garcia, SO# 75823

have been placed on blood pressure checks to treat the diagnosis of, or determine the diagnosis of Hypertension. I understand that the MD at Ector County Detention Center will review my readings after 5 days and determine the need for medications. If it is determined that I need to be treated for Hypertension, I understand that the MD will order medications without seeing me. If I wish to see the MD I will inform the nurse and I understand that I will be charged the $10.00 fee for the MD. If at any time the MD request a medication change I understand that I will not see the MD for this. I further agree to the nurses ordering medications deemed necessary by the MD from the pharmacy and having it charged to my commissary account. I agree to abide by the policy of Ector County Detention Center medical and report to medical for my blood pressure checks when called by the Medical Department. I understand that I have the right to refuse my blood pressure medications and if I do refuse I will be taken off of blood pressure checks. I will be required by law to sign a refusal.

[signature] 8-15-19

Signature Date

[signature] 8/15/19

Witness Date

[signature]

ECTOR COUNTY DETENTION CENTER

MEDICATION DISTRIBUTION SIGN OFF SHEET

MONTH Aug YEAR 2019 New MAR Checked: ______

NAME: Garcia, Frank DOB [redacted]77 SO: 75823 KEY CT - IN COURT NS - NOSHOW R - REFUSED

ALLERGIES: NKDA CELL# 2151

| MEDICATION | TIME | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrum DS i po BID x10 days | 09:00 | DIS | | | | | | | | | | | | | | | | | EM | | RH | RH | RH | RH | PB | RH | RH | RH | X | | | | |
| | ~~13:00~~ | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: 8/15/19 Int: RH | 21:00 | DIS | | | | | | | | | | | | | | | | X | MO | MO | MO | PB | MO | MO | MO | PB | PB | PB | X | | | | |
| Ibuprofen 200mg iii po BID x10 days | 09:00 | DIS | | | | | | | | | | | | | | | X | RH | EM | | RH | RH | RH | RH | PB | RH | RH | X | | | | | |
| | ~~13:00~~ | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: 8/15/19 Int: RH | 21:00 | DIS | | | | | | | | | | | | | | X | MO | PB | MO | MO | MO | PB | MO | MO | MO | PB | PB | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initials and Signature | Initials and Signature | Initials and Signature | Initials and Signature | Initials and Signature |
|---|---|---|---|---|
| | | | MO [signature] | EM [signature], LVN |
| | | | | RH [signature] |

FORM# MOSO-3110 REV. 9/10

## ECTOR COUNTY DETENTION CENTER
## TREATMENT SHEET

Name: Garcia, Frank | Cell # 2151 | SO: 75823

Medications:

Date Ordered: | Date Expires: | Ordered By: | ☐ Daily ☐ BID ☐ TID ☐ QID ☐ Weekly____ ☐ Monthly____

Special Instructions: BP monitoring QAM x 5 days - if ↑ refer to MD, if WNL DC

| Date | Time | No Show | B/P | Ice Pack | Heat Pack | Ear GTT | Eye GTT | Foot Soak | Dressing Change | Suture/Staple Removal | I.S. | Wound Care | Nurse Int. | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/16/19 | 0005 | | 112/60 | P-93 | | | | | | | | | [illegible] | |
| 8/17/19 | 0030 | | 116/64 | P-85 | | | | | | | | | [illegible] | |
| 8-18-19 | 0110 | | 122/68 | P-71 | | | | | | | | | [illegible] | |
| 8-19-19 | 0100 | | 114/64 | P-64 | | | | | | | | | [illegible] | |
| 8/20/19 | 0045 | | 122/60 | P-80 | | | | | | | | | [illegible] | |

FORM # TRSH-3110 REV. 3/05

GARCIA, FRANK

**ECTOR COUNTY DETENTION CENTER**
**REQUEST FOR SICK CALL**

NAME Frank Garcia SO # 75823

CELL BLOCK 2-S1 DATE 8-14-19

Inmate needs to be seen by:

☑ Medical ($10.00) ☐ Unscheduled Nurse ($10.00) ☒ Nurse ($5.00)

Inmate understands that charges for office visits and medications may be associated with sick call or dental visits and that medical visits may be delivered by a physician, a nurse practitioner, or a physician's assistant. Explain your need for request:

swollen elbow

Signed: [signature]

Inmate's request was received at Nurse's office

Date: 8/15/19 By: RH

Action Taken: orders

Distribution:
White - Nurse's Office • Canary - Medical Staff/Billing • Pink - To Inmate

8/14/19 MD

**ECTOR COUNTY DETENTION CENTER**
**REQUEST FOR SICK CALL**

NAME Frank Garcia SO # 75823

CELL BLOCK 2/12 DATE 7-11-19

Inmate needs to be seen by:

☑ Medical ($10.00) ☐ Unscheduled Nurse ($10.00) ☐ Nurse ($5.00)

Inmate understands that charges for office visits and medications may be associated with sick call or dental visits and that medical visits may be delivered by a physician, a nurse practitioner, or a physician's assistant. Explain your need for request:

Shoulder out of place
Hospital visit please

Signed: [signature]

Inmate's request was received at Nurse's office

Date: 7-12-19 By: PB

Action Taken: Placed on MD clinic

Distribution:
White - Nurse's Office • Canary - Medical Staff/Billing • Pink - To Inmate



7/11/19
0900
RH

**ECTOR COUNTY DETENTION CENTER**
**REQUEST FOR SICK CALL**

NAME Frank Garcia SO # 75823

CELL BLOCK 2112 DATE 7-10-19

Inmate needs to be seen by:

☐ Medical ($10.00) ☐ Unscheduled Nurse ($10.00) ☐ Nurse ($5.00)

Inmate understands that charges for office visits and medications may be associated with sick call or dental visits and that medical visits may be delivered by a physician, a nurse practitioner, or a physician's assistant. Explain your need for request:

Need to go to hospital
Shoulder out off place

Signed: [signature]

7-10-19 PR

Inmate's request was received at Nurse's office

Date: 7/13/19 By: RH

Action Taken: problem resolved

Distribution:
White - Nurse's Office • Canary - Medical Staff/Billing • Pink - To Inmate

ECTOR COUNTY DETENTION CENTER

MEDICATION DISTRIBUTION SIGN OFF SHEET

MONTH July YEAR 2019 | New MAR Checked: ______

NAME: Garcia, Frank | DOB [redacted] m | SO: 75823 | KEY: CT - IN COURT, NS - NOSHOW, R - REFUSED

ALLERGIES: NKDA | CELL# 2112

| MEDICATION | TIME | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500mg BID PRN x10 days | 09:00 (P) | DIS | | | | | | | | | | | | | | | | | | | (RN) | [illegible] | [illegible] | [illegible] | [illegible] | PB | (RN) | [illegible] | | | X | | |
| | 13:00 (R) | DIS | | | | | | | | | | | | | | | | | | | | NS | NS | NS | NS | | | | | | | | |
| Date: 7/18/19 Int: RN | 21:00 (P) | DIS | | | | | | | | | | | | | | | | | X | (MD) | PB | MD | PB | MD | PB | MD | PB | MD | MD | X | | | |
| Ice pack to (R) shoulder BID PRN x3days | 09:00 (P) | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 (R) | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: 7/18/19 Int: RN | 21:00 (P) | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 09:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 13:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date: Int: | 21:00 | DIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#11

| Initials and Signature | Initials and Signature | Initials and Signature | Initials and Signature | Initials and Signature |
|---|---|---|---|---|
| | | | RN [signature], RN | |
| | | | | RN [signature] |

FORM# MDSO-3110 REV. 8/10

114.30 = 330

(330)

# ECTOR COUNTY LAW ENFORCEMENT CENTER
## PROGRESS NOTES

INMATE Garcia, Frank SO # 75823 CELL # 2112 DATE: 7.19.19

| MEDICATIONS ☐ None | ALLERGIES ☐ None |
|---|---|
| Off Med Cart | NKDA |
| | |
| | |

VITAL SIGNS: BP: 122/76 PULSE: 74 RESP: 20 TEMP: 98.2

SUBJECTIVE: Age 42 (M) F (LMP N/A) D.O.B. 09/12/77

was in mva Lt shoulder pain 7-8 on pain scale Tylenol not working

~~☐ Pre~~ Existing Illness/Injury

**OBJECTIVE:**

R. Shoulder mild tender to Palpation
ROM intact; No erythema or swelling

**ASSESSMENT:**

R. Shoulder Pain

**PLAN:**
1) Tylenol 500 mg BID PRN for Pain
2) Ice packs PRN to R Shoulder
3)
4)
5)

CWFonsell [illegible] 7/18/19

SIGNED: J.B. Pate

FORM # PGNT-3110 REV. 3/08