Products » Hygiene (https://www.icswaco.com/cgi-bin/liveb2b/wam_tmpl/catalog_browse.p?site=BASE&layout=Base&page=catalog_browse&browsePath=145) » No-Shank Fingertip Toothbrush



# NSTB
## No-Shank Fingertip Toothbrush

Description    Options    Reviews

A patented one-size-fits-all fingertip toothbrush. Weighing just 11/3 grams, it is designed for a push-on fit. Push it on firmly and the compression holds it on the fingertip. Use the same finger you floss with. It is a one-piece design, molded from FDA approved polymer. Effective for everyday use, it is the ultimate safety toothbrush. An excellent choice for high security areas and suicide watches. Millions have been sold since 1995 and no weapons have been formed. No other toothbrush manufacturer can make that claim. Individually wrapped. *Made in USA.*

*Available in the following options:*

| Item Number | Description | Case Pack |
|---|---|---|
| NSTB-BG | Clear | 100/bag |
| NSTB-CS | Clear | 1,000/case |

Please login (https://www.icswaco.com/cgi-bin/liveb2b/wam_tmpl/login.p?site=BASE&layout=Base&page=login) to view pricing.

## ACCOUNT

Existing User Sign In (https://www.icswaco.com/base/login)

How-To Guides (https://www.icswaco.com/base/tutorials)

## PARTNERSHIPS

Affiliates (https://www.icswaco.com/base/affiliates)

Customer Testimonials (https://www.icswaco.com/base/testimonials)

Buy Board (https://www.buyboard.com/)

GSA Advantage (https://www.gsaadvantage.gov/advantage/ws/search/advantage_search?searchType=1&q=10:2ics%20jail%20supplies&s=0&c=25)

## POLICIES

Privacy and Confidentiality (https://www.icswaco.com/base/privacy_policy)

Terms of Use (https://www.icswaco.com/base/terms_of_use)

Shipping Information (https://www.icswaco.com/base/shipping_policy)

Returns (https://www.icswaco.com/base/return_policy)

## COMPANY

Contact Us (https://www.icswaco.com/base/contact_us)

Frequently Asked Questions (https://www.icswaco.com/base/faq)

Request a Catalog (https://visitor.r20.constantcontact.com/d.jsp?llr=jgfsuxfab&p=oi&m=1105673655497&sit=xmwwfuagb&f=3d673f74-0356-4dbf-8f9c-f8f246a35d3c)

Join our Mailing List (https://visitor.r20.constantcontact.com/d.jsp?llr=jgfsuxfab&p=oi&m=1105673655497&sit=xmwwfuagb&f=7869603c-8f20-4f03-9aba-44c70a361ba5)

 (https://www.facebook.com/ICSJailSupplies/)  (https://twitter.com/ICSJailSupplies)  (https://www.linkedin.com/company/ics-jail-supplies-inc./)

FDM4 (http://www.fdm4.com)

© 2016 FDM4 - All Rights Reserved